IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

NATANEL CHAIM MARK, *et al.*,

                Plaintiffs,                Docket No: 19-cv-2855 (TNM)

      -against-

SYRIAN ARAB REPUBLIC, *et al.*,

                Defendants.

---------------------------------------------------------------------- X

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

*(PARTIAL DISMISSAL OF SPECIFIC PLAINTIFFS' CLAIMS – CASE REMAINS ACTIVE ON BEHALF OF ALL OTHER PLAINTIFFS)*

      Plaintiffs NETANEL CHAIM MARK, individually and as representative of the Estate of Michael Mark; CHAVA RACHEL MARK, individually and as personal representative of TBM, RLM, and EBM; YISKA MARK, individually and as representative of the Estate of Shlomo Mark; SHIRA HODAIA MARK CHARIF; YEHOSHUA MORDECHAI MARK; MIRYAM MARK; ORIT MARK; PDAYA MENACHEM MARK; AYELET HASHACHAR BATT; ARYEH BATT; AVI BATT; and ELISHEVA HIRSCHFELD, hereby give notice that their action against defendants THE ISLAMIC REPUBLIC OF IRAN; THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; and THE SYRIAN ARAB REPUBLIC, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

      The claims of all other plaintiffs remain active.

Dated: Brooklyn, New York
December 19, 2019

      Respectfully submitted,

      THE BERKMAN LAW OFFICE, LLC
      *Attorneys for the Plaintiffs*

      by: _____
           Robert J. Tolchin

      111 Livingston Street, Suite 1928
      Brooklyn, New York 11201
      718-855-3627