IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------- X

NATANEL CHAIM MARK, *et al.*,

                Plaintiffs,                Docket No: 19-cv-2855 (TNM)

        -against-

SYRIAN ARAB REPUBLIC, *et al.*,

                Defendants.

-------------------------------------------------------------------- X

## **STATUS REPORT**

In keeping with the Court's minute order of July 1, 2020, Plaintiffs respectfully submit this status report to update the Court on the status of service.

On August 19, 2020, the State Department completed diplomatic service of process on the Iranian Ministry of Foreign Affairs. (DE 15).

Plaintiffs have not yet received confirmation from the State Department that service on defendant Syrian Arab Republic has been completed. Plaintiffs have taken all measures in their power to accomplish diplomatic service on Syria, and it is now in the hands of the State Department.

Plaintiffs respectfully submit that December would a reasonable interval for a further status report regarding the status of diplomatic service of process on Syria.

Dated:   Brooklyn, New York
           September 30, 2020

-2-

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
        September 30, 2020

                                            Robert J. Tolchin