

**United States Department of State**

*Washington, D.C.   20520*

October 2, 2020

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Mark, et al. v. Islamic Republic of Iran, et al., 19-cv-02855 (TNM)**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, First Amended Complaint, and Notice of Suit to the Syrian Arab Republic pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States Embassy operations in the Syrian Arab Republic are currently suspended, the Department of State is assisted by the Foreign Interests Section of the Embassy of the Czech Republic in Damascus in delivering these documents to the Syrian Ministry of Foreign Affairs. The documents were delivered to the Syrian Ministry of Foreign Affairs under cover of diplomatic note No. 1276/2020, dated August 9, 2020 and delivered on August 10, 2020. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Office of the Legal Adviser
Consular Affairs

Cc:     Robert. J. Tolchin
        The Berkman Law Office, LLC
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201