MICHAEL MCPHERSON
(202) 485 6115
DOS-CA/OCS
2201 C STREET NW, SA-17 10TH F
WASHINGTON DC 205201710

1 LBS PAK        2 OF 2

**SHIP TO:**
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE. NW
CLERK OF COURT USDC FOR D.C.
MS. ANGELA D. CAESAR
**WASHINGTON DC 20001-2804**



MD 29-58

**UPS 2ND DAY AIR**
TRACKING #: 1Z X46 30W 02 9886 5129

2

