**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------X

MARK, *et al.*,

        Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al*,

        Defendants.

------------------------------------------------------------------X

Docket No:

19-cv-2855 (TNM)

## **ORDER**

Plaintiffs having moved for leave to file an amended complaint,

It is ORDERED:

Plaintiffs may file an amended complaint in the form of the proposed amended complaint attached to Plaintiff's motion as Exhibit A.

_____

U.S.D.J.                                               date