IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

BOROCHOV, *et al.,*

        Plaintiffs,   Docket No: 19-cv-2855 (TNM)

    -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.,*

        Defendants.

---------------------------------------------------------------------- X

## DECLARATION OF ELI BOROCHOV

**ELI M. BOROCHOV,** pursuant to 28 U.S.C. § 1602, declares and states as follows subject to the penalties for perjury of the United States of America:

1. I am a United States citizen domiciled in the United States.

2. In November 2015, I was on a trip to Israel with my father Ronen Steven Borochov and brother Josef Borochov. (Attached as Exhibit A is a photograph of the three of us during the trip).

3. It was going to be my third consistent year visiting the Cave of the Patriarchs, a Jewish holy site, for a special Sabbath in the Jewish tradition.

4. As I was walking up the stairs to the Cave of the Patriarchs, I recall collapsing to the floor in pain.

5. I was unaware of what had transpired but noticed blood on me.

6. I began to roll on the ground and to sweat profusely.

7. Because of the excruciating pain I was in, I was unable to communicate and ask for help.

8. My father Ronen, who was standing behind me, ran over to me. When he realized that I was covered in blood and that I was in pain, he hurried to nearby soldiers for help.

9. The soldiers rushed over and realized I had been shot. They carried me to a triage tent to assess the damage.

10. It was clear that I was shot and that the bullet had caused significant damage.

11. The bullet pierced my scrotum and damaged my testicles.

12. The medics on site realized that the bullet had pierced my upper thigh. They feared from the amount of blood loss that the bullet had hit my artery.

13. I was put in an ambulance and rushed to Shaare Tzedek hospital in Jerusalem for emergency surgery.

14. I vividly recall the pain I experienced in the ambulance. The ride from Hevron to Jerusalem lasted roughly an hour, however I recall feeling like it lasted forever.

15. I felt every bump and turn throughout the ride.

16. My memory is incomplete beginning with my arrival to the hospital. My one confident memory is noting the doctor's fear regarding the condition of my testicles.

17. For the next several hours a medical team performed tests on my testicles and on their surrounding area to assess the damage. They were trying to calm me down from the pain these tests caused. I remember them holding me down because the pain was so intense. They were trying to explain that they had to do all of this to assess the damage. Once the tests were over, I began to panic thinking about how this would all affect my future.

18. The next thing I remember is waking up in pain after my surgery and being unable to walk. The stitches in my scrotum were extremely painful and I could not move. It was also extremely difficult for me to go to the bathroom.

19. My whole leg was quite swollen, and I had lost feeling in it.

20. I recall the nurses helping me to the bathroom, to undress, and to remove my bandages. The nurses had to carry me to the bathroom, as I was not able to stand or put weight on my leg. This took a while due to the sensitivity of the area and the number of bandages there. Eventually we removed all of them.

21. I finally saw the bullet hole in my leg and the stitches across my scrotum. The nurses present wanted to help me shower and clean my wounds, but I felt it was something I had to do on my own. Since my attack, I lost control of many aspects of my life. This was the first time I felt like I could take back some control.

22. Sitting on the floor in the shower, I scrubbed the blood off my body and watched as the water on the floor turned red.

23. After I managed to clean off most of the blood, despite the pain, I recall sitting and staring at my wounds. This was when I saw the severity of the damage from the attack clearly.

24. I spent the next day or so trying to lay still.

25. On Sunday, two days after the attack, my doctors encouraged me to try walking. I would not be able to fly home until I reached a certain level of movement.

26. I recall becoming quite eager to fly back to the United States at this point. I became extremely nervous and anxious.

27. During the following months I struggled to return to a normal routine. I had trouble getting around at first with basic tasks such as going to the bathroom, getting dresses, and walking up and down the stairs. I was unable to leave the house.

28. As I began to heal, I started to leave the house and return to a normal routine. However, I was still not able to commute to school. And, once I did return to school, I was unable to sit or stand for extended periods of time comfortably.

29. During that time, I was not able to do mostly anything on my own. I constantly needed to be driven around and taken places. As a result, I could not be alone for extended periods of time.

30. I visited a urologist and a specialist, who were confident I would return to my normal health. Still, they insisted I return to them for check-ins.

31. I recall thinking about how my condition could affect my future. I was constantly fearful and became overwhelmed by the circumstances. They were more than what a child at my age during the time should have to deal with.

32. I suffered several physical complications throughout my recovery. The stitches I received in Israel on my scrotum did not stay in place. I had fluids coming from the injury and had to return for replacement stiches several times. The area where the injury was located was complicated from a medical perspective.

33. Each stitch replacement slowed my healing. I struggled to walk or move, and the pain became more severe.

34. My doctors worried about an infection.

35. I developed back pains as a result of my constant limping, for which I attended physical therapy. I am still working out the payments with my insurance company for a conclusive amount that will be covered.

36. For a while, the pain got worse, even with my physical therapy so I decided to switch to a chiropractor. I now see my chiropractor three times per week and have slowly felt relief in my back at times. I also had to pay some out of pocket for physical therapy. This has cost me nearly $5,000 to date. I was not able to locate all of the receipts, but I have attached some of them, totaling $1495. (Exhibits B & C).

37. Complications with my scrotum still linger and cause me pain at times.

38. The removal of part of my testicles at Shaare Tzedek in the surgery immediately after the attack continues to irritate the affected area. There are days that it causes me immense pain and that make it difficult for me to get dressed.

39. The area around my leg wound is still sensitive and limit my ability to be active.

40. Very recently I have been feeling a lot of pain daily in my leg and scrotum, the areas around the wounds, and I have been going to doctors to try and figure out why. I am in a lot of pain when I am sitting down or walking around.

41. Usually its just discomfort and occasional pain. But more recently it's been all day and all night, causing me to have trouble going to sleep and getting up.

42. I've been working from home, since it has become too uncomfortable to go to work and sit all day.

43. I haven't really found anything that makes it better. I have had to slow down my movements throughout the day and to keep my movements as simple as possible.

44. I went to a urologist and I have been referred to a pain management specialist.

45. As a result of the attack, I missed three months of college. Transitioning back after missing so much time was difficult both educationally and socially.

46. I continue to live with fear and anxiety today as a result of the attack. I always feel nervous and experience an increase in my heart rate each time I hear a loud or unexpected noise.

47. Being in large crowds gives me anxiety. I find myself constantly scanning crowds for anything suspicious or dangerous, even when doing so is irrational.

48. My injuries have physically and emotionally affected my everyday life, including the ways in which I perceive the world and perceive parenting my children, which I feel will always be affected by my trauma.

49. Attached are some pictures of the day of the shooting (Exhibits D&E) and some current pictures of my family. (Exhibits F&G).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 26, 2020

_Eli Borochov_

Eli M. Borochov