IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------X

BOROCHOV, *et al.,*

                      Plaintiffs,

       -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.,*

                      Defendants.

Docket No: 19-cv-2855 (TNM)

------------------------------------------------------------------------X

### **DECLARATION OF YEHUDIT ADINA GREEN-GOLAN**

**YEHUDIT ADINA GREEN-GOLAN** pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

1. My name is Yehudit Golan. I am a U.S. citizen domiciled in Israel.

2. I am the mother of Yoav Golan and mother-in-law of Rotem Golan.

3. On December 14, 2015, Yoav and Rotem were victims of a terrorist attack. They were at a bus stop in Jerusalem returning home to pick up their 6-month-old son from daycare.

4. While Yoav, Rotem and others waited for the bus, a terrorist drove full speed towards everyone there, and purposely plowed his car straight into them.

5. Yoav and Rotem were injured in the attack. Despite their injuries, Yoav and Rotem tried to run away until they heard a shot that killed the terrorist.

1

6. I was at work when Yoav called me after the attack. He was terrified and confused, trying frantically to tell me what happened and how they had been injured, but that they were okay. I heard a lot of yelling and commotion happening in the background.

7. I could not understand how badly they were injured, and the call disconnected before I knew where they were being taken. I was shocked and in disbelief.

8. It took over 30 minutes to reconnect with them from the hospital, and for me, that felt like many hours where I felt disconcerted and overwhelmed with worry.

9. I immediately left work and rushed to the hospital.

10. Once I found Yoav and Rotem at the hospital and saw the pain they were in, I became very upset. We were all upset, shaking and crying. Yoav was so distressed and shaking, he could not even speak to me at first. Rotem was not doing well. She was emotionally suffering, and extremely upset. It took quite awhile for the three of us to calm down.

11. Yoav and Rotem were also very concerned about their baby. They just wanted to know if the baby was okay.

12. I was able to call my husband, Raphael Golan, from the hospital and told him what happened. He immediately left work in Tel Aviv and hurried to the hospital in Jerusalem.

13. My in-laws were informed of the attack and they got the baby and brought him to us at the hospital.

14. My husband and I left the hospital with the baby. Yoav and Rotem remained in the hospital.

15. The baby stayed with us that night, but the baby was still nursing and would not take a bottle from me. I kept trying and trying, but the baby refused. It was very upsetting, and I was concerned for the baby. I could not stop thinking about the terrorist attack and what happened to Yoav and Rotem. I was not able to sleep that night, nor was the baby.

16. The day after the terror attack, I helped Yoav and Rotem at the hospital, and did not go to work. I then drove them to his in-laws' house for assistance because Yoav could not move his shoulder and could not walk on his leg. Rotem was very weak and had difficulty walking.

17. In the following months after the terror attack, I frequently left work early and drove about an hour from Jerusalem to Kfar Saba to help Yoav and Rotem. Yoav could not walk or use his arm or shoulder because of his injuries. I accompanied him to his medical appointments because he needed someone to help him. I wanted to be there for him and do whatever he needed during those first few months. I took off the equivalent of a total of three days from work. Each day of work is 8:15 hours. At the time I earned 120 NIS per hour. I had large expenses for gas due to traveling, but cannot locate the receipts.

18. Yoav stayed by his in-laws because they could not manage independently and received assistance and care from them as he was going through rehabilitation and physiotherapy.

19. I was always thinking about how I could help them. They were both in pain for many months after the attack.

20. Yoav missed many classes at the University, and he also could not return to his jobs because the jobs were physically demanding. Rotem missed many days from her teaching job.

21. Today Yoav still suffers from pain in his ankle, which has not responded to treatment.

22. My husband and I helped them financially during this time of rehabilitation because their injuries made it impossible for them to work, and it took them a long time to . We helped out mainly by buying them things they needed such as clothes for the baby, shoes etc... I did not save receipts.

23. During the first few weeks after the attack, I frequently woke up at night with horrible nightmares. Any time I thought about the terror attack or was reminded of it, I would feel very anxious and traumatized all over again.

24. I could not concentrate on work because I was focusing on Yoav and Rotem, and helping them with their injuries. This had a big effect on my professional activities. For example, I had to do many phone calls during working hours, send faxes, leave work for treatments

25. For months after the attack, I could not enjoy social activities. I would either not attend happy occasions, or experience no enjoyment like I had before the attack. And now, I am less social, more fearful, and more pessimistic about life than I was before.

26. My personality has changed since the attack. I do not have the same positive outlook on life.

27. Now anytime there is a terror attack in Israel, I am worried about Yoav's and Rotem's emotional reaction. They have had a hard time hearing about other terror attacks.

28. I am also filled with fear and anxiety by the thought they could have died, and even though it is a miracle they did not die, the fact they were there and they were injured, is difficult for me to accept. It is in my mind all the time. It means our lives are not the same anymore.

29. Now I am always afraid. Whenever my family or I have to wait at a bus stop, I am anxious and nervous, always turning around to see if someone is trying to stab me from behind.

30. If my children are late or do not answer their mobile phone, I am certain they are hurt.

31. I used to think this will not happen to us, but now I feel unprotected and fearful.

Dated: August 1, 2020

*Yehudit Golan*

_____
Yehudit Golan