IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

_____X

BOROCHOV, *et al.,*

Plaintiffs,

vs                                                                                         Docket No: 19-cv-2855 (TNM)

THE ISLAMIC REPUBLIC OF IRAN, *et al.,*

Defendants.

_____X

## EXPERT REPORT OF DR. RAEL STROUS
*Re:* **Avraham Borochov; Shari Borochov; Joseph Borochov; Devora Borochov; Ronen Borochov; Eli Borochov; and Shira Borochov**

I have been retained by the Plaintiffs in the matter of [Docket No: 19-cv-2855 (TNM)] *Borochov, et al. v. The Islamic Republic of Iran, et al.* to provide a report and testimony regarding the mental health of Avraham Borochov, Shari Borochov, Joseph Borochov, Devora Borochov, Ronen Borochov, Eli Borochov, and Shira Borochov.

### Professional Qualifications

1. I am a Medical Doctor specializing in psychiatry. I am currently employed as the Director of the Department of Psychiatry at the Maayenei Hayeshua Medical Center in Bnei Brak, Israel. I also serve as Full Professor, Department of Psychiatry at the Sackler Faculty of Medicine at Tel Aviv University and maintain a small private practice in clinical psychiatry.

2.I received my medical degree in 1989 from the University of Witwatersrand in Johannesburg, South Africa.  Between 1992 and 1996, I performed my residency in psychiatry at the Albert Einstein College of Medicine in the Bronx, New York.  In 1996, I served as Chief Resident at the Bronx Psychiatric State Hospital.  From 1996 through 1998, I performed a clinical research fellowship in psychopharmacology at the Commonwealth Research Center based at the Massachusetts Mental Health Center, a program affiliated with Harvard Medical School.

3.Before embarking on my career in psychiatry, I served as an emergency room doctor and as a general physician in pediatrics and trauma.

4.I have approximately 150 peer-reviewed research publications to my name including several in the field of chronic post-traumatic stress disorder (PTSD).

5.Based on my education and experience as outlined above, I have provided expert reports that were submitted as exhibits in *Biton v. Palestinian Interim Self-Government Authority, et al.*, 01 CV 382 (RWR), *Gilmore v. Palestinian Interim Self-Government Authority et al.,* 01-cv-00853 (GK), *Rubin v. Islamic Republic of Iran*, 01-1655 (RCL), *Ben Haim v. Islamic Republic of Iran*, 02-01811 (RCL), *Shatsky v. Syrian Arab Republic et. al*., 02-2280-RJL and *Kaplan v. Hezbollah, et al.*, No. 09-cv-646 (RWR),*Schertzman Cohen, et al., Islamic Republic of Iran, et al.* 1:17-cv-01214 (JEB) each in the United States District Court for the District of Columbia, *Leibovitch v. The Syrian Arab Republic et al.*, 08 CV 01939 (WTH) in the United States District Court for the Northern District of  Illinois, and in *Litle v. Arab Bank* Plc, No. 04-cv-5499 (BMC)(VVP), in the United States District Court for the Eastern District of New York.  I testified at a deposition in *Sapirstein v. Palestinian Authority*, No. 04-cv-20225 (WCT) in the United States District Court for the Southern District of Florida. I have testified as an expert in two trials:

*Sokolow* vs *Palestinian Liberation Organization et al.,* 04-cv-397 (GBD) and *Fraenkel vs Islamic Republic of Iran*, No. 15-cv-01080 (RMC). In Israel, I have also submitted court mandated evaluations of psychiatric patients. A copy of my curriculum vitae, including a list of all publications authored by me within the preceding ten years, is attached hereto.

6.  I was paid $2000 for the preparation of each report.

## **Methodology**

7.  I have been asked to provide an evaluation for Plaintiffs Avraham Borochov, Shari Borochov, Joseph Borochov, Devora Borochov, Ronen Borochov, Eli Borochov, and Shira Borochov.

8.  To prepare these evaluations, I examined each Plaintiff on the date provided at the top of his or her respective evaluation and administered psychological testing as described in each evaluation.

9.  Upon examining each Plaintiff and reviewing the deposition testimony, medical documents, and other records from the lawsuit provided to me by the Plaintiff's counsel, I prepared a written Psychiatric Evaluation for each Plaintiff assessing the extent to which any of them suffered and continues to suffer from any psychiatric disorders pursuant to the diagnostic formulations provided by the Fifth Edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-5). I use these formulations routinely in my practice, and regularly conduct psychiatric assessments.

10. The written Psychiatric Evaluations represent my professional assessment of each plaintiff. Accordingly, I incorporate by reference the results of the Psychiatric Evaluations regarding

Plaintiffs Avraham Borochov, Shari Borochov, Joseph Borochov, Devora Borochov, Ronen Borochov, Eli Borochov, and Shira Borochov.

## Psychiatric Disorders

11.     To facilitate understanding and analysis of the Psychiatric Evaluation, I am including a brief explanation of Persistent Complex Bereavement Disorder, Post-Traumatic Stress Disorder, Major Depressive Disorder, Persistent Depressive Disorder, Anxiety Disorder, Obsessive Compulsive Disorder, and Adjustment Disorder. Each of these psychiatric disorders is identified in the DSM-5. It is my opinion, based on a reasonable degree of medical certainty, that each Plaintiff suffers from some or all of these psychiatric disorders as indicated in their Psychiatric Evaluations, which are attached hereto and incorporated herein by reference.

## Persistent Complex Bereavement Disorder

12.     Persistent Complex Bereavement Disorder (also known as Pathological Grief or Complicated Mourning), currently in the appendix of the DSM-5, refers to a description of the normal mourning process that leads to chronic or ongoing mourning. The term "Pathological Grief" is applied to people who are unable to get over their grief despite the passage of time. It can take most people up to several years to get past a serious loss especially when the loss is associated with a violent and unexpected death. The person may experience intrusive distressing preoccupation with the deceased and wish to be reunited with the deceased. They may feel a sense of futility about the future, difficulty acknowledging the death, excessive irritability, bitterness or anger about the unfairness of the death and, most significantly, impaired social/occupational functioning. A pathological grief reaction is usually diagnosed after a long time (one or more years) has passed and the grieving person is not improving.

**Post-Traumatic Stress Disorder**

13. Post-Traumatic Stress Disorder ("PTSD") is a condition which develops from having been exposed to, or witnessing, life-threatening events. In addition, the traumatic event may be indirect, by hearing of a relative or close friend who has experienced the life-threatening event. Indirectly experienced death must be accidental or violent. PTSD is characterized by distinct types of symptoms. These symptoms include avoidance, re-experiencing the event, and hyper-vigilance. Avoidance is the active escape from situations that the PTSD victim associates with the event. Re-experiencing is reliving the memory of the event. Hypervigilance is a cluster of symptoms that includes exaggerated startled responses, inability to fall asleep, and inability to stay asleep.

14. The disorder is also characterized by negative alterations in mood or cognitions which indicate a decline in someone's mood or thought patterns. This can include memory problems that are exclusive to the event, negative thoughts or beliefs about one's self or the world, distorted sense of blame for one's self or others related to the event, being stuck in severe emotions related to the trauma (e.g., horror, shame, sadness), severely reduced interest in pre-trauma activities, and feeling detached, isolated, or disconnected from other people.

15. Due to their suffering and symptoms, educational and employment prospects for PTSD victims are often lowered. Some have difficulty interacting with others.

16. Younger victims and females may be more likely to be susceptible to PTSD.

17. Overall effects on PTSD patients from this illness are severe. Patients are easily distractible due to their exaggerated response to stimuli. Individuals face considerably lowered employment prospects and increased likelihood of difficulty in forming and maintaining interpersonal relationships. For those who are married or who are able to marry and have children, the

stress of childrearing will be compounded. The inability to relax and have a good time is extremely common with PTSD patients.

### Major Depressive Disorder

18. Depression (major depressive disorder or clinical depression) is a common but serious mood disorder. It is a real illness and affects people in different ways. It causes severe symptoms that affect how a person feels, thinks, and handles daily activities, such as sleeping, eating, or working. To be diagnosed with depression, the symptoms must be present for at least two weeks. It is a condition where an individual experiences persistent feelings of sadness and worthlessness and a lack of desire to engage in formerly pleasurable activities. Other symptoms of depression include feelings of guilt, helplessness and hopelessness, appetite or weight changes, sleep changes, anger or irritability, loss of energy, self-loathing, and reckless behavior. Clinical depression poses a high risk of accidental injury, self-harm, and suicide. Depression can also suppress the immune system and weaken the body, making one more susceptible to physical ailments and chronic illness. Depression can occur at any age.

### Persistent Depressive Disorder (Dysthymic Disorder)

19. Persistent Depressive Disorder (previously known as Dysthymic Disorder) is a chronic (long-lasting), mild form of depression. However, calling it "mild" is misleading; because it can last for years and it can be just as debilitating as a more acute episode of major depression (clinical depression), even leading to thoughts of, or attempts at, suicide. Many of the symptoms of dysthymia are the same as those of major depression; however, they may be less severe or

intense. Dysthymia also has some symptoms that may not occur with major depression. The hallmark of dysthymia is the length of time that it persists. In adults, dysthymia is diagnosed when the symptoms continue for two or more years; in children or teens, the symptoms last for a year or more. Dysthymia is a serious condition that needs to be treated. Dysthymia may include the experience of the following symptoms: sad mood, difficulty falling sleeping (or sleeping too much), increased or decreased appetite or weight, feelings of worthlessness, feelings of hopelessness, thoughts of suicide, anxiety, decreased motivation, loss of interest (anhedonia), irritability or anger, restlessness (especially in children), and vague physical symptoms.

## Anxiety Disorder

20.     The essential feature of anxiety disorder is excessive anxiety and worry (apprehensive expectation) about a number of events or activities. The intensity, duration, or frequency of the anxiety and worry is out of proportion to the actual likelihood or impact of the anticipated event. The individual finds it difficult to control the worry and to keep worrisome thoughts from interfering with attention to tasks at hand. During the course of the disorder, the focus of worry may shift from one concern to another. The worries are excessive and typically interfere significantly with functioning. Individuals with anxiety disorder report distress due to constant worry and related impairment in social, occupational, or other important areas of functioning.

## Obsessive-compulsive disorder (OCD)

21.     Obsessive-compulsive disorder (OCD) is an anxiety disorder in which people have recurring, unwanted thoughts, ideas, or sensations (obsessions) that at times may make them feel driven to do something repetitively (compulsions). The obsessive thoughts and repetitive behaviors can significantly interfere with a person's daily activities and social interactions. For people

with OCD, thoughts are persistent and routines are rigid and not doing them causes great distress. In most cases, people with OCD know or suspect their obsessions are not true. Even if they recognize their obsessions are irrational, those suffering with OCD struggle keeping their focus off the obsessions or stopping the compulsions. A diagnosis of OCD requires the presence of obsession and/or compulsions that are time-consuming, cause major distress, and impair work, social, or other important function.

### Adjustment disorder

22.     Adjustment disorder is an emotional and behavioral reaction which develops within three months of a life stress. The response is stronger or greater than what would be expected for the type of event that occurred. For a diagnosis of adjustment disorder, a person's symptoms must be severe enough to affect his or her work or social life. Symptoms may vary and include agitation, depressed mood, anxious mood, and physical complaints. The main goal of treatment is to relieve symptoms and help the person return to a similar level of functioning as before the stressful event occurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Rael Strous, MD
August 30, 2020

**Attachments: Curriculum Vitae (Rael Strous, MD)**