**Rael Strous MD**

**Psychiatrist**

PO Box 940, Beit Shemesh 9910901, Israel

Tel: 972-544-628254

Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist

Israel Medical License: 31932

Israel Psychiatry License: 17270

6 April 2020

**Psychiatric Evaluation:** Avraham Borochov

Date of Birth: 4 March 2005

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

**Identifying Information**

Avraham Borochov is a 15-year-old USA citizen. He was born and grew up with his family in Lawrence, Long island, New York. He is currently in 9th grade of high school in New York.

**Presenting Problem**

Avraham reports that on the day of the terror attack, he had travelled to be with a friend for the Sabbath. He was almost eleven years old at the time. When he arrived back home after the away Sabbath, he was told by his mother about the terrorist attack in which his older brother was shot. He remembers being totally shocked. The news was very "scary" for him. He thought that his brother would never walk again since he was told that he was shot in his legs. This was a completely new, but extremely frightening experience for him. He had never heard of anyone being shot before.

1

Since his reaction was so intense due to the terrifying nature of the news, he remembers how his mother tried to calm him down and reassure him that all would be "OK". He thought that his brother's injury was permanent and that he would be paralyzed for life.

He indicates that he took the news very hard since he was very close to his "big brother". He was supposed to have joined his two older brothers and father for the visit to Israel, however he did not go since he had to be in school.

When Eli came back a few days later to their home after being shot, he recalls that the house became "crazy busy" due to all the visitors that arrived to see and comfort Eli. He remembers that he lost his privacy. Eli was in a "bad way" and needed a great deal of assistance in the beginning. Avraham reports that he could not sleep for a long time due to his concerns over Eli. He also remembers having nightmares. He missed weeks of school. He also was unable to concentrate on his studies due to his preoccupation with his brother and the subsequent disruption in his life around the terror shooting.

He relates that he became anxious in general and needed a lot of support himself from his parents. He however was not able to speak about his trauma with his friends since he struggled to show them how afraid he had become. It took him a long time to open up a little and share his anxiety. When he did, it did help him cope. However this took some time, approximately a few months before he was able to move on.

For the first few months he remembers how his life was disrupted by the following:
1. Inability to sleep. Worrying thoughts and images of the terror attack would "keep on coming back".
2. Trouble focusing on school for the first few months since he "obsessed", as he relates, about how Eli was doing.
3. He felt awkward about discussing the event and his feelings with his friends and teachers since he was very emotional about the trauma. He therefore "withdrew".
4. He became a worrier. He however does not describe himself as anxious in his interpersonal interactions with friends at the present. He recognizes that the world can be a dangerous place and one must be very careful.

5. He feels nervous going back to Israel for visits. His fear of public places affects him not only in Israel, but also at home in his native USA. Due to his and his family's experiences with the shooting and terrorist attack, he feels "unsafe out of his house in an irrational manner".

*Post-traumatic symptoms*

1. Admits to hypersensitivity to loud noises.
2. He denies any avoidance
3. Denies any flashbacks
4. Denies any current nightmares.

Previous Psychiatric Illnesses

Avraham reports no psychiatric history of any type prior to the terror event.

Alcohol or Substance History

He reports no use of any drugs or smoking.

Current Medical Illnesses

None reported

Family Psychiatric History

None reported

Mental Status

*General appearance*: Young, casually dressed modern orthodox teenager.
*Behavior*: Initially withdrawn and shy. Intelligent, verbal and expressive when encouraged to share feelings.
*Affect*: Euthymic.
*Mood*: Reports that his mood is overall good except when he feels nervous in public places.
*Speech*: Clear and coherent
*Thought disorder*: No evidence of formal thought disorder.
*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Summary of Observations

Avraham Borochov is a 15-year-old male with symptoms of residual anxiety after his initial intense adjustment reaction to the trauma of his brother being shot in Israel in a terror attack in 2015. The trauma of the event was very destabilizing for Mr. Borochov and it took him several months to regain his full academic and social function. During this time, he suffered with changes in his mood and behavior in the months after the event affecting his social life and school studies at a critical time in his life.

Prognosis

Avraham Borochov suffered anxiety and significant life disruption after his brother was shot in Israel in a terror attack in 2015. Avraham clearly expresses how his life was affected in light of his injury and his subsequent fears and loss of sense of safety. It is not expected that his feelings of anxiety and loss of security affecting various areas of his life will resolve in the short term, and they will continue to affect him for a considerable time to come.

Diagnostic Formulation

**309.28 (F43.23) Adjustment disorder with anxiety symptoms**

Rael Strous MD