**Rael Strous MD**
**Psychiatrist**
PO Box 940, Beit Shemesh 9910901, Israel
Tel: 972-544-628254
Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist
Israel Medical License: 31932
Israel Psychiatry License: 17270

16 February 2020

**Psychiatric Evaluation:** Devora Borochov
Date of Birth: 13 August 1971

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

**Identifying Information**

Devora Borochov is a 48-year-old USA citizen. She was born and grew up with her family in Brooklyn, New York. After high school, she studied accounting at Brooklyn College, New York. She is currently not working in a professional capacity in her profession. She married with four children (ages 15 to 25) and lives in Cedarhurst with her husband. She has been married for 26 years.

**Presenting Problem**

Devora clearly remembers that on the day of the terrorist attack on her son November 6, 2015, she was getting a haircut prior to the Sabbath. The phone with an unknown number kept on ringing however due to being in the midst of her haircut, she did not answer. Eventually she answered and immediately knew that something was wrong since it was her husband on the other end. He was in Israel at the time and it was

Sabbat in Israel. He did not speak on the phone on the Sabbath, so this indicated that there was a serious issue involved. She tried to be calm. Her husband's voice was tense and stated that "everyone is OK". However she knew that that was not the case. He then told her that Eli had been shot in his legs. She tried again not to panic "since it was only his legs that were involved". Then her husband started crying. He told her that he was with Eli in the hospital and that their other son had been left back in Hebron since it was the Sabbath and he could not travel to be with them in the ambulance. She recalls how much shock and distress she was at hearing the news that her son had been shot. She did not know what to do with her herself. She gathered herself together and went to a neighbor and cried hysterically. She tried to get her thoughts together in order to function under the circumstances. She remembers that her whole body was in shock and that she shook uncontrolabbly.

She spoke again later to them in Israel She told her husband to tell the surgeon to remove all the fragments from the shooting from Eli's body. She did not understand why her husband was crying so much. This was very much out of character for him. This gave her some indication that the situation perhaps was worse that he made it out to be. However she tried to believe him that Eli was stable. Sabbath entered soon after and she had to wait the entire Sabbath to receive more information about how Eli was doing. This was excruciatingly difficult for her. She needed very badly to hear Eli's voice. Later when she did speak to him, she felt a little relieved. She waited for their return to the USA on the Monday after the shooting. The fact that the shooting took place far from her was very difficulty and frustrating for her since she was not able to be there for him and to clarify exactly what the provlems were in his medical state as a result of the shooting. This was very stressful for her. She did not sleep almost at all until he returned to Israel. She had to stay at friends since she needed the support due to feeling overwhelmed and out of control. She was updated from Israel at every stage regarding Eli's medical status and his return to the USA.

She recalls that Eli returned to the USA on a regular flight when he could. However he had to fly first class since he needed the space and the ability to stretch out his leg. When he arrived back in the USA, she was overcome with emotion to see him and was devastated to see her son arrive back in a wheelchair. "He left the country healthy

and upright and now he returns in a wheelchair as an invalid". This was devastatingly difficult for her.

Ms. Borochov relates that Eli was homebound for weeks after the terrorist attack. During this time he had to deal with both his physical and his emotional injury. Many friends and doctors came to visit him. This included his family physician and a proctologist as well as a chiropractor for his painful back. They were also helped by the community Rabbi who gave her and Eli support and direction. She remembers also that the support of the community was also immensely helpful since she was devastated by the event and could not function. She had a lot of support for the community including meals and travel assistance for their other children. However, at times, visits became a stress in itself. Besides for the media, she had visits in her house form the mayor, the senator, various newspapers etc.

She could not believe that this had happened to her and her family. Devora indicates that prior to the attack she was always known as someone who was strong and could deal with problems. However this trauma was different for her. To see one's son shot in such a sudden, violent and sensitive manner is devastating. She tried not to "lose it" early on. She tried to keep the family and stress levels together as best as she could. However it was very stressful. She felt responsibility including the need as she saw it to try and maintain some form of normality. This was extremely difficult under the circumstances. She knew that his injury was potentially very serious to his prospects of paternity and fertility. She thought the worst and that as a result of the shooting he would never be a father and never have children. This was very worrying for her. Due to these worries, even after he returned, she struggled to sleep for days and weeks after. She remembers how every night when everyone went to sleep, she would stay awake and cry uncontrollably in order to relieve some of her pent-up stress. This was a major change from her behavior prior to the terror attack.

*Long term psychological consequences*
Ms. Borochov indicates that over time, her anxiety levels remained high. She became much more protective over her children in contrast to her previous relaxed easy-going nature in approach to their activities. She demanded from her children that they inform her of their whereabouts at all times. When one of her son's went to study in

3

Israel, she ensured that she was able to track him 4 hours a day by his phone. She requires her children to call her whenever they go out and tell her exactly where they will be. This is a major change from before the terror attack and behavior that she attributes directly to the trauma that she experienced with the shooting of her son.

She reports that while her friends are supportive, they do not truly understand the extent of her trauma and what she experienced. She indicates that her life has changed and that everything pales into insignificance in comparison to the enormity of her shock and worry at the time and after the terrorist attack on her son. She indicates that while time has healed some of the initial shock and devastation that she felt, she still experiences residual stress. She feels that her younger children have developed some resilience to the event, however she remains with the trauma. While she knows that the trauma was in the past, whenever she peaks of it, it feels as if it were only yesterday. The trauma is still very much alive within her as she reports.

*Post-traumatic symptoms*
1. She reports that she experiences nightmares which lasted about a month and which were so intense that they woke her up. Eventually however they disappeared.
2. She experienced anxiety whenever anyone she knew, especially anyone from her family, returned to the area of Hebron. She feels however that one day she needs to go to the location where Eli was shot. This she thinks she may need to do in order to try and overcome her pain of the memory.
3. She denies any flashbacks.
4. Avoidance: she reports that to this day, she avoids crowds in general. This is a change from before when she would enjoy large communal and social gatherings. This is especially the case when there are gatherings for religious events – she feels that the event may become a target rom those with antisemitic murderous intentions. She thus tries to keep a low profile and avoid communal religious assemblies.
5. When reminded of the trauma, she feels panicky and this is expressed both at an emotional level as well as physically. She reports that she tenses up and her "pulse races".

Despite her ongoing underlying anxiety after the shooting, she denies having attended or seeking out any psychotherapy in order to cope with the trauma. She feels that this is something that she needs to overcome by herself and over time. She does indicate that therapy was discussed in the family. She indicates that her husband wanted to send Eli to a psychologist. However they decided to let Eli decide for himself and in the end, he received a great deal of supportive counselling from his Rabbi, his teachers and his pediatrician and he felt that that what was all that was needed for him. She found as a woman it was difficult to speak to Eli about being shot in the testicles. However, he was able to speak to his pediatrician and she felt that that was helpful as per Eli's report. This issue of being shot in his testacies became a source of ongoing worry for her. She did not know if he would ever have the ability to have children. This thought that his fertility would be affected, was extremely distressing. It was only very recent, when his wife fell pregnant, that this overriding, unspoken of concern was relieved.

Previous Psychiatric Illnesses
Ms. Borochov reports no psychiatric history of any type prior to the terror event.

Alcohol or Substance History
She reports no use of any drugs or smoking.

Current Medical Illnesses
None reported

Family Psychiatric History
None reported

Mental Status
*General appearance*: middle aged, casually dressed, well groomed.
*Behavior*: Intelligent, verbal and expressive. Sensitive. Obvious tension and anxiety describing her distress after the terror attack on her son and its effects on her.
*Affect*: Dysthymic affect when describing her ongoing concern for her son after the terror attack, and her concern for his fertility.

*Mood*: Reports that her mood is stable despite her ongoing worries regarding safety of the rest of her family.

*Speech*: Clear and coherent

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Psychological Testing

*HAM-D, HAM-A rating scales and PTSD scale (PDS) questionnaires were administered.*

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) relating to symptoms of depression experienced over the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more

times a week / almost always"). Part 4 assesses influence of the symptoms in their lives. Scores indicate presence of no depression (score of 9 on the Ham-D), mild anxiety (score of 11 on the Ham-A), moderate PTSD (score of 17 on the PDS). Please see attached documents with detailed scoring.

Summary of Observations

Ms. Borochov is a 48-year-old female with signs and symptoms of chronic anxiety and partial PTSD since her son was shot in Israel in a terror attack. The traumatic event led to a change in her feeling significant post-traumatic symptoms and anxiety over the months and years. The event affected her enjoyment of activities and resulted in significant anxiety around activities of her other children.

Prognosis

Ms. Borochov suffered psychological effects of chronic anxiety and worry following the trauma of her son was shot in Israel and coming close to death in a terror attack in 2015. She clearly expresses how her life was affected in light of the event which she describes as an important trauma in her life. While she has resolved many of the issues that bothered her, she still suffers from some residual effects influencing her ability to enjoy activities along with some ongoing anxiety issues. It is not expected that her anxiety affecting her functioning in various areas will resolve in the short term, and she will continue to be affected for a long period of time.

Diagnostic Formulation

**309.81 (F43.10) Post-traumatic Stress Disorder (partial)**

**300.09 (F41.8) Other Specified Anxiety Disorder (generalized anxiety not occurring more days than not in all 3 of 6 core symptoms)**

Rael Strous MD