**Rael Strous MD**

**Psychiatrist**

PO Box 940, Beit Shemesh 9910901, Israel

Tel: 972-544-628254

Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist

Israel Medical License: 31932

Israel Psychiatry License: 17270

16 February 2020

**Psychiatric Evaluation:** Eli Borochov

Date of Birth: 5 February 1995

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

**Identifying Information**

Eli Borochov is a 25-year-old USA citizen. He was born and grew up with his family in Lawrence, Long island, New York. He is the eldest of four siblings. His father works as a lawyer/accountant and his mother is a bookkeeper. After high school he spent a year and a half studying higher religious studies in Israel. He then attended Landers/Touro College in New York where he completed a degree in finance. He is married with one child (3-month-old daughter). He lives in Miami Beach, Florida. He works for a real estate company in Florida.

**Presenting Problem**

Eli reports that on the day of the terror attack, November 2015, he had travelled with his father and younger brother to Hebron. The purpose of the visit was to be in

1

Hebron for the special Sabbath related to the time of the year. This was to be his third year going to the location on this special day termed "*Shabbat Chayei Sarah*". On the Friday evening, he arrived with his father and brother to pray. He recalls walking up the stairs to the top of the Plaza. He then remembers falling to the floor in severe pain. Within moments he recalls that paramedics rushed over and carried him to the medical tent triage center and attended to him right away. He remembers that they cut open his clothes in order to see what had happened. This all happened so fast and was terrifying for him. He was too much in shock to realize what exactly was happening to him. He saw blood all over and thought he was going to die. The paramedics thought that perhaps his thigh artery had been damaged so he was rushed off by ambulance to the Shaarei Zedek Medical Center in Jerusalem. In the ambulance he believes that he was given pain medication since he was in excruciating agony from the shooting. He was not able to see below his waist what injuries he had. He feels thankful in some way that he did not understand much Hebrew or else he would have panicked even more from hearing exactly what his injuries were. His entire body was in shock and shaking uncontrollably. This affected his emotional state.

At the hospital, he remembers that the doctors put him on the operating table, and he was "surrounded by about 15 doctors". The doctors noticed that there were wounds to his testicles, scrotum and leg. They were worried about permanent damage to these areas. He remembers that there were so many medical staff members around with very concerned faces. He made out that due to the shooting in his testicles, his reproductive ability may have been compromised. He did not know if this meant the injury would be temporary or permanent. Initially they did not find the bullet, as there was no exit wound. He recalls that he was in a lot of pain. At all times he remained "aware of what was going on". He reported to news reporters at the time that "I was shaken up, nervous and traumatized" (https://www.liherald.com/stories/Cedarhurst-man-survives-sniper-shooting-in-Israel,73895). He underwent surgery to find and remove the bullet.

He states that the entire time in the hospital after the trauma of being shot was like a blur to him. He remained weak and emotionally traumatized. He had to answer questions to the police and security officers. He remembers going into surgery and then waking up. The doctors tried to reassure him that there may not necessarily be

2

any permanent injury in his sensitive areas. He however remained extremely worried and concerned that he may never be able to have children.

He underwent the surgery on the Friday night. Already, by the Sunday night, a flight was scheduled for him to fly back to the USA. He and his father requested that they immediately return to the USA in order to be treated in his home environment with urology consultation, surgical intervention as necessary and daily follow up in his home environment in a language that he could understand. Due to his inability to sit, his intense pain, discomfort and swollen areas affected by the shooting, it was arranged that he fly back in "first class" so that he could stretch out and lie for the duration of the long flight.

In the hospital, he details that he was scared, overwhelmed, nervous and confused about exactly how badly he was injured. On return to the USA, he became overwhelmed for reasons of intense exhaustion, fatigue and the stress of being in the limelight with constant visitors and press attention. He knew that his life was changing forever. He underwent painful rehabilitation including physiotherapy. This was a lot of "trouble" for him. Even going to the bathroom was a nightmare for him as he describes it. The embarrassment, discomfort and needing constant assistance in all bodily functions and activities was for him "soul destroying". In the background of his acute pain and distress, lay the fear of his long-term potential disability regarding fertility. He relates that he became obsessed over potential long-term adverse effects from the trauma. Due to the intense nature of the sudden trauma, he believes that early on he was given medication to calm.

While in hospital in Israel, immediately after the shooting, he shares that he was quiet, angry, withdrawn and in a generally "very bad place", "shut down". In the USA, he felt better with his friends around. However due to the sesnsitivities of the specific nature of his injuries, he was uncomfortable talking about it. He remained at home for about two to there months. He was unable to "get around" and became completely dependent on others since he was unable to walk or drive unassisted.

3

*Short-term psychological effects*

Initially, he recalls that he had no nightmares, yet his mind was mostly in "overdrive" during the day. At night he then "just crashed". He remained completely "emotionally and physically exhausted" for the first month. Interestingly, he reports that when his physical state started improving, his emotional state started worsening. He thought about the terror attack all the time. He could not get it out of his mind. This was in addition to his preoccupation regarding his potential infertility at so sensitive an age. Although his testicles required repair, he did not know if the shooting had caused any permanent damage and whether the surgery had succeeded in repairing the damage. He indicates that he consulted urologists, however while they tried to reassure him, they were still not sure as to whether his fertility would be permanently damaged.

Eli reports that for the first few weeks and months, he essentially "shut down". This affected his mood and his social relationships. He "needed to spend more time alone" and "just figure this all out". He wanted very badly to have a family and he realized now that that this may not be possible due to his injury. He knows that the pain of this realization affected many of his social relationships immediately after and also in the long term, including aspects of his relationship and communication with his wife. He recalls that the trauma of the event also affected his brother and father immensely. He was burdened by the knowledge of their pain as well even though they were not physically injured.

He recalls that he injured his back when he fell to the ground after the shooting. This is another injury that has not returned to normal. He thus struggles with various physical activity tasks and activities, including sport. As a result, he is not physically as active anymore. He reports that many times during the day, he becomes aware of how he is still affected by his physical injury. He cannot play basketball due to considerable pain if he does. This is very difficult for him since he used to very much enjoy playing the game. He has become deeply aware of how his body has changed for the worse since the shooting. This he realizes even when he walks down the street. Thus even though the acute injury healed, he is left with chronic residual injury (scars, pain, impairment) which limits him and thus affects his overall life satisfaction and enjoyment.

*Post-traumatic symptoms*

1. Avoidance: he is fearful of Israel in general. This is a marked change from before. He is uncomfortable visiting after the shooting, especially the place which remind him of the attack in the Hebron area. He however fights hard to overcome his fears despite the intense discomfort. He is very anxious on return to Israel and finds the visits therefore not enjoyable anymore – once again a major change from before.
2. Hypervigilance: he is constantly aware of people around him when in public. He removes his religious head covering when in public area due to fear of antisemitic attacks. He does not wear headphones anymore in the street for fear of being distracted if attacked. He will not attend parades and keeps away from crowds, as well as any event where there is a potential of safety compromise.
3. He has become overprotective of his wife and newborn child. This he attributes to ongoing anxiety and insecurity with the world after the shooting. He does not see the world as a safe place anymore. He believes that he has lost his happy-go lucky nature since the shooting.

He knew that he was suffering at an emotional level and needed some help. While he was reluctant to see a psychologist on any formal basis, he did speak to a psychologist friend of the family on an informal basis. He also reports that he was helped emotionally by speaking to and receiving counselling from his family doctor, his pediatrician, his Rabbi and various teachers. In addition, he relates that his physical rehabilitation therapist assisted him deal with his emotional pain. Despite the difficulty, he therefore tried to return to some routine 3 months after his shooting.

Eli relates the awkwardness and worry he experienced regarding when to discuss his injuries with his potential marriage partner. He shares that he told his current wife about the precise nature of his injury and potential infertility only just prior to their engagement. This was very difficult for him to share. He did not know of the potential outcome even at that stage. Prior to this, he would never discuss with anyone the precise nature of his injuries.

Previous Psychiatric Illnesses

Mr. Borochov reports no psychiatric history of any type prior to the terror event.

Alcohol or Substance History

He reports no use of any drugs or smoking.

Current Medical Illnesses

None reported

Family Psychiatric History

None reported

Mental Status

*General appearance*: young, dressed in traditional modern orthodox clothing.

*Behavior*: tense, withdrawn somewhat, guarded, anxious, tense.

*Affect*: Dysthymic affect. Obvious discomfort and unease when describing shooting attack and injury.

*Mood*: Reports that his mood is much improved since he married and had a child recently born to him and his wife.

*Speech*: Clear and coherent

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Psychological Testing

*HAM-D, HAM-A rating scales and PTSD scale (PDS) questionnaires were administered.*

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) relating to symptoms of depression experienced over the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more times a week / almost always"). Part 4 assesses influence of the symptoms in their lives.

Scores indicate presence of no depression (score of 7 on the Ham-D), borderline anxiety (score of 12 on the Ham-A), moderate to severe PTSD (score of 26 on the PDS). Please see attached documents with detailed scoring.

Summary of Observations

Eli Borochov is a 25-year-old male with symptoms of PTSD related to a terror attack in which he was shot in Israel in 2015. The traumatic event continues to affect him in many ways including family and interpersonal interactions as detailed above. He clearly relates how he was affected by the terror attack and has led to many adverse changes in his life. His post-traumatic symptoms have affected him with ongoing

anxiety in many contexts, in turn affecting many of his relationships and his enjoyment of activities.

Prognosis

Eli Borochov suffered significant post-traumatic effects following being shot in Israel and coming close to death in a terror attack in 2015. He clearly expresses how his life has been affected in many ways due to his physical and emotional pain and discomfort following the traumatic event. While he feels that many of his intense depressive and anxiety responses have resolved over the years since the terror event, he relates many ongoing anxiety issues as a direct result of his traumatic experience that still affect his life in adverse fashion. It is not expected that these issues affecting him in various areas will resolve in the short term, and he will continue to be affected for a long period of time.

Diagnostic Formulation

**309.81 (F43.10) Post-traumatic Stress Disorder**

Rael Strous MD