# Rael Strous MD
# Psychiatrist

PO Box 940, Beit Shemesh 99000, Israel

Tel: 972-544-628254

Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist

Israel Medical License: 31932

Israel Psychiatry License: 17270

19 March 2020

**Psychiatric Evaluation:** Josef Borochov

Date of Birth: 10 March 1999

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

Identifying Information

Josef Borochov is a 20-year-old USA citizen. He was born in New York and lives in the Five Towns, Long Island, New York with his family. Since completion of his high school, he has been studying in higher religious studies for the past 3 years. He is the second of four siblings.

Presenting Problem

Josef recalls very clearly the day of the terror attack on his brother. He was in Israel visiting the cave of the patriarchs and matriarchs in the area of Hebron, Israel. He was walking with his father and brother, Eli, to the religious location in order to pray. On the way close to the structure, after climbing a series of stairs, he remembers hearing a

1

loud noise. He did not know what the loud sound was and where it came from. Suddenly he saw his brother lying on the ground. Soldiers came running. He recalls feeling extremely scared and crying. His brother was screaming on the ground from pain. There was blood all around him. This was extremely frightening for him. He thought his brother was going to die.  He knew that he could have died as well as a result of the shooting. This is still a very overwhelming terrifying thought and memory for him. He therefore tries hard not to talk about it since the memory is still very painful for him .

He remembers being pulled into a nearby tent by the police who rushed to the scene. His brother was attended to by medics. After he received immediate medical care and stabilized, he was rushed to the hospital. When his brother was urgently rushed off to the hospital, he thought the worst and did not know what was happening to Eli and did not know if he would ever see him again. He felt extremely nervous and anxious. He thought over the next few hours that his brother was dead. Due to it being Sabbath, he had no news until after sunset and it was night. He indicates that it is impossible to describe the depth and intensity of his pain and fear. He relates that his feelings were so strong that he thought he was going crazy .He was not able to think about anything else for the hours and days that followed.

Immediately after the end of Sabbath, he travelled to the hospital to see for himself if his brother was still alive. He went to stay at a friend for that night since his brother and father remained in the hospital for the night. The next night they already returned to the USA after special arrangements and conditions on the flight were organized for his brother .

For the next few week, Josef recalls that he could not sleep. His fears extended to the day as well. For example, he felt unable to walk around by himself outside in public areas, initially including at home.  He became afraid whenever he saw workers in buildings. He thought that they were snipers in windows waiting to target him. While he knew at a cognitive level that this was not a rational thought, nevertheless he remained nervous in a marked manner which affected his function for months after the event. He remembers that he was simply "not himself" for the next few months after the traumatic event .

*Post-traumatic symptoms*
1. He reports experiencing nightmares for years. While they were frequent for the first year, now they are less frequent but nevertheless still occur to this day with a frequency of approximately a few times a month. The content of the dreams is around shooting, blood and death.
2. Flashbacks: flashbacks were common initially and have decreased in frequency, however they remain troubling and intrusive to him.
3. Physiological arousal: whenever he speaks about the traumatic event around this brother's shooting, he experiences physical sensations which include sweating, palpitations and emotional upheaval including crying at time.
4. He remains fearful in the streets especially on visiting Israel. This hypervigilance was expressed intensely in many areas even at home in the USA, but now it most conspicuously relates to when he is in Israel.
5. He indicates that he has become very sensitive to loud noises .

He recalls that for a few months after the event, his mood was significantly down. |He said that feeling depressed was a completely new sensation for him and was very unpleasant. He describes the time as "wanting to be alone" and "not wanting any contact" with his friends. His appetite was not affected. Initially it affected his studies. He did not attend school for a few weeks until he felt up to facing the world and his friends after experiencing such a trauma. In the beginning this was so severe that he did not even leave his bed for a few days .

To this day, he never feels completely safe. This is a marked change in his behavior. Before the event he was a happy carefree adolescent with his entire life positive and optimistic before him as he describes it. In general, he sees that he had become a much more anxious person. He has changed his life plans and does not intend to immigrate to Israel. This is a very difficult decision for him since on ideological grounds it was always what he wanted. However based on his emotional reactions and newly developed fears after the terror attack, he feels that he could never cope and would never be able to live in a relaxed manner in Israel despite his ideological tendencies to be there. He now looks pessimistically at his future life since he feels

that he "can never again trust in the world". He sees and relates to the world as an unsafe place even though he knows there are pockets of personal security. He denies any professional psychological therapy.

Previous Psychiatric Illnesses

Mr. Borochov reports no psychiatric history of any type prior to the terror event.

Alcohol or Substance History

He reports no use of any drugs or smoking.

Current Medical Illnesses

Denies any medical problems.

Family Psychiatric History

Denies

Mental Status

*General appearance*: Appropriately dressed and well-groomed for his age.

*Behavior*: appears distressed by discussion of the traumatic event. Obvious strain sharing feelings and how his life has changed since the terror attack in which he was involved. Intelligent. Exacting is his comments

*Affect*: Anxious affect when discussing the effects the terror attack had on his life, both at the time of the attack and after in the short and long term.

*Mood*: Feels his mood is OK however at times gets down from feeling ongoing anxiety.

*Speech*: Clear and coherent

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

4

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Psychological Testing

*HAM-D, HAM-A rating scales and PTSD scale (PDS) questionnaires were administered.*

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) relating to symptoms of depression experienced over the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more times a week / almost always"). Part 4 assesses influence of the symptoms in their lives.

Scores indicate presence of no depression (score of 6 on the Ham-D), mild anxiety (score of 9 on the Ham-A), moderate to severe PTSD (score of 22 on the PDS). Please see attached documents with detailed scoring.

Summary of Observations

Josef Borochov is a 20-year-old male with significant symptoms of chronic PTSD since his brother was shot in Israel walking next to him and the experience that he and his brother may have been close to death in a terror attack in 2015. The shooting took

5

a heavy toll on Mr. Borochov and led to a marked change in his mood and behavior in the months after the event. In addition, the trauma affected his academic performance and enjoyment of school and social interactions, which represented a significant change from before the shooting attack.

Prognosis

Josef Borochov suffered anguish following the trauma of his brother being shot while walking next to him in November 2015. He clearly expresses how his life was affected in several ways following his and his brother's near death in the terrorist attack. It is not expected that his enduring post-traumatic feelings and lost sense of personal safety affecting several areas of his life satisfaction will resolve in the short term, and they will continue to affect him for a considerable time to come.

Diagnostic Formulation

**309.81 (F43.10) Post-traumatic Stress Disorder**

Rael Strous MD