**Rael Strous MD**
**Psychiatrist**
PO Box 940, Beit Shemesh 9910901, Israel
Tel: 972-544-628254
Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist
Israel Medical License: 31932
Israel Psychiatry License: 17270

29 March 2020

**Psychiatric Evaluation:** Ronen Borochov
Date of Birth: 20 October 1968

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

**Identifying Information**

Ronen Borochov is a 51-year-old dual USA/Israeli citizen. He was born in Jerusalem and grew up with his family in New York after immigrating to the USA at less than one year of age. After high school he attended Queens College in New York followed by Brooklyn Law School, New York. He works as a tax attorney. He is married with 4 children and lives in Cedarhurst, New York.

**Presenting Problem**

Mr. Borochov reports that on the day of the terror attack, November 2015, he was in Hebron for the special *Chayei Sarah* Sabbath. He was with two of his sons and they were on their way to pray. He remembers that they were walking up steps in large crowd. He suddenly heard a loud "boom". His son next to him suddenly fell to the ground. He noticed fairly immediately that he had been shot since he was bleeding

from his pants. He started yelling that his son was shot. A soldier came to them and asked if he had shot himself. He held his son close and heard another loud sound. The soldier then rushed his son Eli into a nearby military tent. They told him to leave Eli there alone and wait outside the tent. It then hit him what was going on. He relates that then he simply "freaked out" from the shock of the moment. He felt immense fear, terror, agitation, dread and distress. Within a few minutes a special unit arrived. It was understood by the military that Eli had been shot by a sniper. The entire area was evacuated with thousands of people suddenly dispersing.

In the tent, the medics tried to control the bleeding from Eli's gunshot wound. An ambulance arrived to take Eli urgently to the hospital. Ronen remembers that by now both he and Eli were crying. He, Ronen, sat in the front of the ambulance as the medics continued to work on Eli controlling the bleeding. The medics attempted to place intravenous lines in him and "there was blood all over the ambulance". He remembers that during the drive he was totally distraught and thought that Eli was going to die. The ambulance drove fast and all the roads were cleared for the ambulance to make the distance in rapid time which they did in 45 minutes.

MR Borochov relates that on arrival in the emergency room, they were met with 6 or 7 doctors. He was very agitated and upset so nurses were sent to calm him down while the doctors worked on Eli. He recalls that he was hysterically crying and "going crazy". He was shaking and agitated and could not eat or drink. After being evaluated in the emergency room, Eli was sent for surgery. He was told that his son had been shot in his testicles and perhaps would not be able to have children in the future. This news was soul destroying for him but at least he knew that Eli would most likely survive. This was "at least a change" from what he thought earlier when he thought his son was going to die.

MR Borochov indicates that the doctors and other staff were good to Eli in the hospital. Since he was stabilized after the surgery, he decided to return him to the USA as soon as possible. After the surgery, he stayed by Eli's side the entire night. He recalls calling his wife to tell her the news. This was very difficult for him to do and she was hysterical. He tried to calm, her and kept his fears that Eli may not be able to have children to himself. After two days, he brought Eli home on a first class

flight in order to allow Eli to stretch out on the flight after his surgery. Eli was in great deal of pain still at this stage and he did everything he could to keep him clam and comfortable.

*Short- and Long-term psychological effects*

The first few days and weeks were extremely traumatic for Mr. Borochov as he describes them. He felt overwhelmed and completely preoccupied with the traumatic event. He kept on visualizing and revisiting the scene in his head of his son getting shot next to him. He recalls that he sees his son's face all red. He could not believe that his son had been shot by a sniper while going to pray. To this day, every time he talks about the experience and its details he begins to cry. It remains still very much unresolved from an emotional perspective. The trauma is therefore very much alive. It reignites especially on his visits to Israel.

Mt Borochov indicates that for months he was unable to sleep. He also had nightmares for months. The content of the nightmares was around "losing a kid". He calmed himself by eating and increased in weight over this time. For six months he did not function even close to his pre-traumatic state. During this time, his work function was especially affected. He worked much less hours. In addition, his concentration at work was affected significantly. He reports that he was unable to analyze work situations due to his mind focusing out on his traumatic memories and Eli's situation. He took considerable time off from his work and cut his productive work hours by about 50%. He also reports that his family structure and routine was "destroyed". He had to spend hours taking Eli to various physicians. He became very emotionally fragile. Whenever he would think about the traumatic episode, he would tense up and cry. When the tears would flow, he indicates that his whole body would shake. He thinks not only about what happened, but also what could have happened. It took approximately a year before he was able to return to function close to what had been prior to the terror attack.

He received support from two very good friends. Since talking about the trauma is still so painful and emotional for him, to this day he tries not to talk about it, including with his wife, since it upsets him too much. He feels that his "insides were destroyed" after the shooting and have never completely repaired. He remains "overly emotional"

3

and fragile. He therefore feels that his life has been changed forever. He is a much more "nervous" individual now. For example, he needs to know where his children are all the time. This was never the case prior to the shooting. Due to his anxiety and worrying, he cannot simply relax and enjoy experiences like he did in the past.

His trust in God is also affected. He asks his God, why did this all happen? The episode thus affected his trust in religion. He cannot understand why such a shooting would happen to such a good person, his son. After the shooting he questioned life and has become a fatalistic individual. He reports that he remains "with inner hurt from the experience". He cannot relax and is tense especially on visits to Israel, but also in other contexts in the USA.

*Post-traumatic symptoms*
1. Nightmares for many months after the shooting – content of losing a child
2. Flashbacks to the scene of the shooting and being rushed to the tent. Flashbacks are still prominent though not as frequent as in the past.
3. Physiological arousal: when talking about the event or being reminded, he begins shaking, sweating, crying and tenses up.
4. Hypervigilance: prominent in any public space.

Previous Psychiatric Illnesses
Mr. Borochov reports no psychiatric history of any type prior to the terror event.

Alcohol or Substance History
He reports no use of any drugs or smoking.

Current Medical Illnesses
None reported

Family Psychiatric History
None reported

Mental Status
*General appearance*: middle aged, a little disheveled, formally dressed.

*Behavior*: tense, distant, guarded.

*Affect*: Euthymic affect. Obvious discomfort and nervousness when describing shooting attack and injury.

*Mood*: Reports that his mood has never returned to normal since the terror attack.

*Speech*: Clear and coherent

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Psychological Testing

*HAM-D, HAM-A rating scales and PTSD scale (PDS) questionnaires were administered.*

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) relating to symptoms of depression experienced over the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more times a week / almost always"). Part 4 assesses influence of the symptoms in their lives.

5

Scores indicate presence of non-significant depression (score of 9 on the Ham-D), non-significant anxiety (score of 7 on the Ham-A) and moderate PTSD (score of 20 on the PDS). Please see attached documents with detailed scoring.

Summary of Observations

Ronen Borochov is a 51-year-old male with symptoms of PTSD and chronic anxiety related to a terror attack in which his son was shot and injured next to him in Israel in 2015 on their way to pray. He thought his son was going to die. The traumatic event affected his mood and social and occupational function in a severe manner for the first year after the shooting. Subsequently, the trauma continues to affect him in several ways including interpersonal interactions and inability to relax. He clearly relates how he was affected by the terror attack, with many post-traumatic effects and anxiety still continuing to the present.

Prognosis

Ronen Borochov suffered significant post-traumatic effects following his son being shot alongside him in Israel and coming close to death in a terror attack in 2015. He clearly expresses how his life has been affected in many ways due to his emotional response following the traumatic event. While many of his intense anxiety responses have resolved over the years since the terror event, he relates many ongoing anxiety issues as a direct result of his traumatic experience that still affect his life in adverse fashion. It is not expected that these issues affecting him in various areas will resolve in the short term, and he will continue to be affected for a long period of time.

Diagnostic Formulation

**309.81 (F43.10) Post-traumatic Stress Disorder**

**300.09 (F41.8) Other Specified Anxiety Disorder (generalized anxiety not occurring more days than not in all 3 of 6 core symptoms)**

Rael Strous MD