**Rael Strous MD**
**Psychiatrist**
PO Box 940, Beit Shemesh 9910901, Israel
Tel: 972-544-628254
Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist
Israel Medical License: 31932
Israel Psychiatry License: 17270

16 February 2020

**Psychiatric Evaluation:** Shari Borochov
Date of Birth: 22 May 1997

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

## Identifying Information

Shari Borochov is a 22-year-old USA citizen. She was born and grew up with her family in Lawrence, Long island, New York. After high school, she spent a year and a half studying in higher religious studies in Israel. She returned to the USA and completed BA studies in psychology at Queens College, New York. She currently teaches in a school (Hebrew Academy) in Florida and is completing graduate school online studies. She lives in Miami Beach with her husband and one child aged 3 months old.

## Presenting Problem

Shari reports that she has known her husband since 2017 when she was introduced to him by a friend. She had heard of the terror attack in which a young American had

1

been shot while going to pray at the Machpelah cave in Hebron, but she did not know that it was Eli who was shot and injured there. When they met, he informed her that it was him who was shot. She had never met anyone who had been injured, let alone shot in a terror attack. She was therefore curious and asked him how the attack had affected his life. She also asked him if he still suffered from pain. She was interested and explored how it may have affected him emotionally and his ability to have a relationship in the future .

She came to realize and understand that the terror attack made it hard for him to commit. Furthermore, due to the pain and discomfort from an emotional perspective, she realized that he was not able to tell her and discuss the entire story and how it affected him in so many ways until after they became engaged. It was clear that despite the time elapsed since the attack, it remained too painful for him to speak about the terrorist attack in any depth. Therefore, his reluctance and inability to let go, and trust and share his emotional and physical painful experience made it difficult for him to commit to their relationship. Only after he shared all the details and his emotional devastation, was he able to truly connect with her and commit to their relationship. Thus, she clearly describes that only after he shared his emotions, could he truly connect with her. She relates that this took him a long time which delayed strengthening of aspects of their relationship. She feels that he could only recount the full story, including details and how he was affected psychologically, to someone who would accept him and allow him to be vulnerable. To this day, she reports that whenever he speaks of his ordeal of being shot or if anyone asks him questions about the event, his stability becomes imbalanced. His demeanor changes and he becomes much more serious in his attempt to manage his inner pain still surrounding the event .

She reports that after being married to him for some time, she understands him much better including the residual scars from the terrorist attack. She indicates that he remains with pain in his back almost continuously. This pain has "changed his body". In addition, and most importantly, she feels that he remains with emotional scars.

On a relatively recent visit to Israel, she was nervous since this was the first time she had travelled there was his wife. She herself was on edge and not relaxed. She knew now that being injured or even killed in a terror attack could happen to anyone, even

someone that you love. This was for her a very stressful, discomforting and destabilizing thought. While in Israel, he was constantly looking around and was overtly hypervigilant. He was much more nervous, but he knew that he had to make the visit and overcome his residual fears and anxieties since the terrorist attack. On return to the USA, Eli showed ongoing signs of stress and anxiety. She feels that this nervousness that he exhibits will always be there and has become part of who he is. Since he becomes so stressed when he speaks about the event, she feels similarly since she is so protective and nervous for his psychological stability considering what he endured during and after the time of the terror attack. This affects her ability to completely relax in social situations when she fears that these issues from the past will arise either due to passing conversation or questions that others may ask of him. He will never return to the relaxed Eli that he used to be before the terror attack.

She believes that his life is affected forever due to his experience. When he is in pain, she is in pain. Since the terror attack affects him physically and emotionally on an ongoing fashion, she relates that it affects her in a similar vicarious fashion since they are so close. Thus, she feels her life is also inextricably linked and affected by the terror attack. For example, whenever he speaks about the event and how it affected his life, her mood is also affected. "Anything that affects him affects me." This she accepts and nonetheless loves him as her husband. She is constantly thinking of how she can ease his pain and help him. This is a stress for her, but she accepts it .

While they were dating and after they married, some of Eli's tension was related to his and her concern for his fertility since he had lost one testicle in the terrorist shooting. She feels that she took a risk marrying him in this regard. The doctors tried to reassure them that it was more than likely that his fertility would still be intact despite the injury. This issue and the terror attack in general have become particular sensitive issues for her in social circles. While everyone knows what he experienced, people do not speak about the precise details of his injury due to the sensitivity of the matter (being shot in the testicles). This often leads to discomfort and distance between her and her friends and family .

Previous Psychiatric Illnesses
Ms. Borochov reports no psychiatric history of any type prior to the terror event.

3

Alcohol or Substance History

She reports no use of any drugs or smoking.

Current Medical Illnesses

None reported

Family Psychiatric History

None reported

Mental Status

*General appearance*: young, wearing traditional head covering of married orthodox woman.

*Behavior*: Intelligent, verbal and expressive. Psychological minded. Insightful.

*Affect*: Euthymic. Obvious tension when describing repercussions of the terror attack on her husband and subsequent effects on her

*Mood*: Reports that her mood is good despite her chronic concerns regarding her husband.

*Speech*: Clear and coherent

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Psychological Testing

*HAM-D, HAM-A rating scales and PTSD scale (PDS) questionnaires were administered.*

4

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) relating to symptoms of depression experienced over the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more times a week / almost always"). Part 4 assesses influence of the symptoms in their lives.

Scores indicate presence of no depression (score of 3 on the Ham-D) and borderline anxiety (score of 5 on the Ham-A). Please see attached documents with detailed scoring.

Summary of Observations
Ms. Borochov is a 22-year-old female with symptoms of underlying anxiety related to concern for and around her husband who was shot in Israel in a terror attack in 2015. The traumatic event that her husband experienced continues to affect him and their relationship and led to her secondary identification and imbibing many of his underlying anxiety features. She clearly relates how she feels her life is inextricably linked and affected by the terror attack due to the closeness of their relationship even though she only met her husband after the terror attack. Her sincere and deep empathy with him has affected her anxiety levels in many contexts, in turn affecting many of her interpersonal relationships and her enjoyment of activities.

Prognosis

Ms. Borochov's husband suffered significant psychological effects following being shot in Israel and coming close to death in a terror attack in 2015. She clearly expresses how her life in many ways has been affected from his pain and anguish which she now describes as being an important trauma in her life as well. While she has resolved many of the issues that bothered her with his communication in the relationship at its outset, she suffers from other ongoing anxiety issues as a direct result of his traumatic experience. It is not expected that these issues affecting her in various areas will resolve in the short term, and she will continue to be affected for a considerable period of time.

Diagnostic Formulation

300.00 (F41.9) Unspecified Anxiety Disorder

Rael Strous MD