## Rael Strous MD
## Psychiatrist

PO Box 940, Beit Shemesh 9910901, Israel

Tel: 972-544-628254

Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist

Israel Medical License: 31932

Israel Psychiatry License: 17270

6 April 2020

**Psychiatric Evaluation:** Shira Borochov

Date of Birth: 21 April 2002

This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the discovery materials in this case as listed in my introduction. My opinions are stated within a reasonable degree of medical certainty.

## Identifying Information

Shira Borochov is a 17 (almost 18)-year-old USA citizen. She was born and grew up with her family in Lawrence, Long island, New York. She is in 12th grade of high school. She lives in Cedarhurst with her parents and siblings.

## Presenting Problem

Shira reports on the Friday of the day of the terror attack, she arrived home from school close to the beginning of the Sabbath. She noted that something had greatly upset her mother. She knew therefore from her mother's behavior and reaction that something serious had happened, but she did not know what the details were. It was

1

not until Saturday night that she was told that Eli was shot in a terror attack. She understands that her mother did not tell her the news immediately in order to protect her from the traumatic effect of her brother getting shot especially when it was not clear exactly what had transpired and how he was doing over the Sabbath after undergoing surgery and stabilization in the hospital in Israel.

When she heard the news that her older brother had been shot, she became very "scared and shocked". She did not understand. This did not make any sense to her. Why should anyone have shot her brother? What did he ever do to anyone? She felt overwhelmed and "dazed" with the news. Her grandmother came over to give them support as well as several of her friends to see that she was "OK". She remembers this time as very traumatic but that the details are "a little blurry" given her strong emotional response and distress at the news and situation. She remembers however her brother arriving back from Israel a few days later. When she saw him in a wheelchair, she burst out crying. This was very traumatic for her to see him in such a state when he had just left the country not long before in perfect condition. He was in a great deal of pain and it was agony to see him in such a state. The situation was very difficult for her to process as she describes it. She felt too upset to go to school for the time after. She does not remember exactly, but she knows that she missed many days of school to be at home with Eli and the rest of her family over this initial healing and rehabilitation time for her brother. She felt as well that her other brother and father were also traumatized from the experience of being shot at in Israel.

She relates that being at home affected her social and academic (school) performance and functioning. When she finally did return to school, she recalls that she walked into her classroom and everyone started asking her about her brother, "the terrorist victim". She felt overwhelmed and she immediately left the class – she then stopped coming back to school for some time again. He brother's injury in the terror attack became the complete focus of her life. She always wanted to be at home. She feels that she lost several years of her childhood and life in general. Her friends continued to ask about the situation. She feels that her brother being shot became her identity as a teenager. This was very hard for her because she realizises now that she did not develop her own persona and identity as a result. She continued to struggle to understand "why such a thing could have happened to Eli and someone in her

2

family". The situation affected her focus and concentration for many months. She indicates that some of her social withdrawal was related to her only being able to think of the shooting – it preoccupied her "thoughts all day". She thus became "closed off to her friends" due to her obsessing over Eli and the discomfort of discussing with others. She did not want to talk to anyone about what she was experiencing. Her anxiety remained for a considerable period of time before it started diminishing in intensity after about a year.

*Post-traumatic symptoms*
1. From the intensity of the trauma, she indicates that she does not remember all the details of the day and days surrounding the shooting.
2. Flashbacks: she occasionally experiences flashbacks to the event.
3. Her anxiety is reignited with reminders of the event.
4. She is unable to be around loud noises that may sound like gunshots. She has become supersensitive to such loud noises.
5. She denies any avoidance.
6. She reports that the anxiety of the event is always in the back of her mind – the thoughts are scary with content of what could have been. She indicates that they have a close family and therefore the shooting of her brother affected her very much.

She never attended any psychotherapy even though it was recommended to her. She did not feel comfortable talking to anyone about her trauma and feelings. Her manner of dealing with the trauma is by "closing up". She kept to herself and was much more guarded and less open. Thus, she reports, she hurt less.

Previous Psychiatric Illnesses
Ms. Borochov reports no psychiatric history of any type prior to the terror event.

Alcohol or Substance History
She reports no use of any drugs or smoking.

Current Medical Illnesses
None reported

3

<u>Family Psychiatric History</u>

None reported

<u>Mental Status</u>

*General appearance*: young, casually dressed, appropriate for teenager.

*Behavior*: Intelligent, verbal and aware of her deep thoughts. Calm and collected during the evaluation

*Affect*: Euthymic. Obvious tension when describing the stressful months and year after the terror attack on her brother and subsequent effects on her.

*Mood*: Reports that her mood is good despite recurring anxious thoughts at times.

*Speech*: Clear and coherent

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability are intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

<u>Psychological Testing</u>

*HAM-D, HAM-A rating scales and PTSD scale (PDS) questionnaires were administered.*

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) relating to symptoms of depression experienced over the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more times a week / almost always"). Part 4 assesses influence of the symptoms in their lives.

Scores indicate presence of no depression (score of 2 on the Ham-D), minimal anxiety (score of 4 on the Ham-A) and moderate PTSD (score of 13 on the PDS). Please see attached documents with detailed scoring.

<u>Summary of Observations</u>

Ms. Borochov is a 17-year-old female with symptoms of anxiety related to concern for and reaction to her brother who was shot in Israel in a terror attack in 2015. The traumatic event continues to be a factor in her life with underlying anxiety features affecting various aspects of her self-identity and social interactions. She clearly relates how she feels her life was affected by the terror attack affecting many of her interpersonal relationships and her enjoyment of activities.

<u>Prognosis</u>

Ms. Borochov's suffered significant psychological effects following her brother being shot in Israel and coming close to death in a terror attack in 2015. She clearly expresses how her life in many ways has been affected from the event which she now describes as being an important trauma in her life as well. While her initial intense response has resolved, she suffers from various ongoing anxiety issues as a direct result of the traumatic shooting. It is not expected that these issues affecting her in various areas will resolve in the short term, and she will continue to be affected for a considerable period of time.

<u>Diagnostic Formulation</u>

**309.81 (F43.10) Post-traumatic Stress Disorder (partial, in remission)**

**309.28 (F43.23) Adjustment disorder with anxiety symptoms**

Rael Strous MD