**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------X

MARK, *et al.,*

               Plaintiffs,

           -against-                       Docket No: 19-cv-2855 (TNM)

THE ISLAMIC REPUBLIC OF IRAN, *et al.,*

               Defendants.

-------------------------------------------------------------------X

### EXPERT DECLARATION OF DR. ALAN FRIEDMAN

**ALAN FRIEDMAN, M.D.,** pursuant to 28 U.S.C. § 1746, subject to the penalties for perjury of the United States of America, declares as follows

    1.     I am a board-certified physician in physical medicine and rehabilitation licensed to practice medicine in the State of New York.

    2.     I have been retained by Plaintiffs in above-captioned matter to provide expert opinions regarding the physical injuries suffered by Plaintiffs Eli Borochov, Yoav Golan and Rotem Golan.

    3.     I have no personal or professional relationship with any party in this case that would prevent me from providing impartial testimony in this matter. I am being compensated $2,000 per Plaintiff for my evaluation and preparing my report and this declaration.

    4.     My full *curriculum vitae* ("CV") is attached hereto as Exhibit A. It contains an accurate recitation of my training, experience, and credentials.

5.      I have prepared a report regarding my evaluation of Plaintiff Eli Borochov, which is attached hereto as Exhibit B. The report is true to my own knowledge and belief and contains my expert opinion regarding the injuries suffered by the plaintiff.

6.      I have prepared a report regarding my evaluation of Plaintiff Yoav Golan, which is attached hereto as Exhibit C. The report is true to my own knowledge and belief and contains my expert opinion regarding the injuries suffered by the plaintiff.

7.      I have prepared a report regarding my evaluation of Plaintiff Rotem Golan, which is attached hereto as Exhibit D. The report is true to my own knowledge and belief and contains my expert opinion regarding the injuries suffered by the plaintiff.

8.      Both my CV and my reports are incorporated herein and should be regarded as part of this declaration.

9.      I declare under the penalties for perjury of the United States of America that the foregoing statements, and the statements contained in my CV and my reports are true and correct.

Dated:    March 18, 2021

_____
Alan Friedman, MD