# Alan Friedman, M.D., FAAPMR

Department of Rehabilitation
Soroka University Medical Center
Be'er Sheva, Israel
(050) 787-4628
E-mail: friedmal@clalit.org.il

## PERSONAL DETAILS

Born: Pretoria, South Africa
Age: 54
Aliyah: August 2000

## ACADEMIC EDUCATION

**Undergraduate**
9/84-6/88
Yeshiva University
New York, New York
Degree: BA, Pre-Health Sciences, History

**Graduate**
8/88-6/89
Talmudic University
Miami, Florida
Degree: Rabbinical Ordination

**Medical Degree**
8/89-6/93
The Albert Einstein College of Medicine
Bronx, New York
Degree: Doctor of Medicine

## PROFESSIONAL TRAINING

**Residency**
7/93-6/96
Internal Medicine
North Shore University Hospital
Cornell Medical School
Manhasset, New York
Chairman: Lawrence Scherr, MD
Board-certified, 1996

7/96-6/99
Physical Medicine and Rehabilitation
UMDNJ / New Jersey Medical School
Newark, New Jersey
The Kessler Institute for Rehabilitation
Chairman: Joel DeLisa, MD, MS
Board-certified, 2000, 2010

## BOARD CERTIFICATION

2000, 2010, 2020    American Board of Physical Medicine and Rehabilitation

|  |  |
|---|---|
| 1996 | American Board of Internal Medicine |
| 1994 | National Board of Medical Examiners |

## PROFESSIONAL LICENSING

Israel, Medical License
Israel, Specialist License
New Jersey, USA License
New York, USA License
Ohio, USA License

## EMPLOYMENT HISTORY

| | |
|---|---|
| 6/98-6/99 | Staff Physician, Ambulatory Care -Emergency Room |
| | Veteran's Affairs Health Care System
East Orange, New Jersey |
| 7/99-3/00 | The Physical Medicine and Rehabilitation Center, P.A.
Englewood, New Jersey
Associate in large Physiatry practice.
Office evaluations of musculoskeletal conditions.
Responsible for consultations and inpatient care in
hospitals and sub-acute rehabilitation facilities. |
| 5/01-1/09 | Staff Physiatrist, Hadassah University Hospital Mt. Scopus Campus.
Electrodiagnostic and evaluation of muscle diseases. |
| 1/05-2011 | Medical Consultant, Appeals Court for Disability Claims, District Court, Jerusalem, Israel. |
| 3/00-present | Self-employed Physiatrist, USA.
Office evaluations of musculoskeletal conditions, including diagnostic and therapeutic procedures.
Hospital and sub-acute rehabilitation facility consultations and inpatient care.
IME and Disability evaluations. |
| 7/09-10/16 | Chief, Division of Rehabilitation and Physical Medicine, Laniado Hospital, Tzanz Medical Center, Netanya, Israel. |
| 10/16 – present | Assistant Director, Department of Rehabilitation and Physical Medicine.
Chief, Physical & Musculoskeletal Medicine
Soroka University Medical Center, Be'er Sheva, Israel. |

## *ACADEMIC APPOINTMENTS*

- 1994-1996 Clinical Instructor, Department of Medicine, Cornell Medical School, New York

## *FEDERAL COURT TESTIMONY*

- *Force, et. al. v. Islamic Republic of Iran*, 1:16-cv-01468 (expert report submitted) (United States District Court for the District of Columbia).
- *Sokolow, et al. v. The Palestine Liberation Organization*, Civil Action No. 04-CV-397(GBD)(RLE) (United States District Court for the Southern District of New York).
- *Wultz v. Islamic Republic of Iran*, Civil Action 08-cv-1460 (RCL) (Federal District Court, Washington DC)
- *Leibovitch v. The Syrian Arab Republic et al.*, 08 CV 01939 (WTH) (NDI) (expert report submitted) (United States District Court for the District of Columbia).
- *Sapirstein v. Palestinian Authority,* Case No. 0420225-CIV-Turnoff) (United States District Court for the Southern District of Florida).
- *Knox v. The Palestine Liberation Organization*, Civil Action No. 03-CV-4466(VM)(THK), (expert report submitted)(Southern District of New York).
- *Ben Haim v. Islamic Republic of Iran*, C.A. No. 00 CV 02602 (RCL) (expert report submitted) (United States District Court for the District of Columbia).
- *Stern v. Islamic Republic of Iran*, Case No. 1:00 CV 2602 (RCL) (expert report submitted)(Federal District Court, Washington DC)
- *Rubin, et. al v. The Republic of Iran,* (Federal District Court, Washington DC, January 8, 2003)
- *Estate of Unger v. Palestinian Authority, et. al.,* CA No. 00-105L (Federal District Court, Providence, R.I. July 12, 2002).

## *EDITOR OR MEMBER OF EDITORIAL BOARD OR REVIEWER OF SCIENTIFIC OR PROFESSIONAL JOURNAL*

- Reviewer, *European Journal of Physical Medicine and Rehabilitation*
- Reviewer, *Annals of Internal Medicine*
- 1996-1999, Contributing Editor *Rehab In Review*

## *MEMBERSHIP IN PROFESSIONAL/SCIENTIFIC SOCIETIES*

- 2018 – present International Society for Prosthetics and Orthotics (ISPO)
- 1996 - present American Academy of Physical Medicine and Rehabilitation

- 2010 - present American College of Sports Medicine
- 2002 - present Israeli Society of Rehabilitation & Physical Medicine
- 2016 - present New Jersey Society of Physical Medicine and Rehabilitation
- 2009 - present Israeli Society of Musculoskeletal Medicine
- 2007 – 2019 American Academy of Integrated Pain Management
- 1993 - 2000 American College of Physicians / American Society of Internal Medicine
- 1996 - 2003 Association of Academic Physiatrists
- 1997 - 2000 Electrodiagnostic Medicine Association of New Jersey
- 2009 - 2010 Israeli Society of Neurology
- 2010 - Israeli Society of Orthopedics

## *EDUCATIONAL ACTIVITIES*

### Course Director

- 2020- Virtual Online International Seminar, Introduction to Musculoskeletal Ultrasound, Oct-Dec, 2020
- 2020 – Present; Physical Medicine and Rehabilitation residency weekly didactic series.
- 2017- Introduction to Musculoskeletal Ultrasound, Soroka University Hospital, Oct. 19-20, 2017
- 1998- Electromyography for Residents, Kessler Institute for Rehabilitation

### Grand Rounds
- Low Back Pain: From A(che) to Z(ygapophyseal). Laniado Hospital Grand Rounds, Netanya, Israel. May 2016.
- Energy Drinks: The Good, The Bad, and The Ugly. Laniado Hospital Grand Rounds, Netanya, Israel. June 2013.
- Rehabilitation of the Patient with Rheumatoid Arthritis. Grand Rounds, Department of Physical Medicine and Rehabilitation, UMDNJ, June 5, 1998

## *ADDITIONAL FUNCTIONS*

- 2021 - Residency Accreditation Committee Site Evaluation – Occupational Medicine Clinic, Maccabi Health System, Beer Sheva, Israel
- 2018 – 2019 - Residency Accreditation Committee Site Evaluation – Occupational Medicine Clinic, Meuchedet Health System, Yavne, Israel.
- 2017 – present: Israeli Medical Association, Rehabilitation and Physical Medicine Examiner / Writer Part A of Specialty Qualifying Examination Israeli Medical Association
- 2017 - present: Israeli Medical Association, Rehabilitation and Physical Medicine Examiner Part B of Specialty Qualifying Examination
- 2017- Israeli Medical Association: Multi-Disciplinary Expert Panel to draft a Position Paper on Clinical Directives of Chronic Pain, Representative of the Israeli Society of Rehabilitation and Physical Medicine.

- 1998-2005 AAPM&R Membership Marketing Committee
- 1998-99 AAP Resident Council Historical Committee-Ad Hoc, Chairman
- 1997-98 AAPM&R Resident Physician Council Membership Marketing Committee Chairman
- 1995-96 Representative to North Shore University Hospital Ethics Committee

*AWARDS, CITATIONS, HONORS, COMPETITIVE FELLOWSHIPS*

- 1999, 2003- Physician's Recognition Award, American Medical Association
- 1998- Rhone-Poulenc Rorer Physical Medicine and Rehabilitation Resident's Scholarship Program
- George Jaffin Essay Contest Winner, North Shore University Hospital, June 1996. (Friedman A, Green S. Aortic Dissection Presenting as Superior Vena Cava Syndrome: A Case Report)
- 2018, 2019 – Listed in Forbes Top Doctors in Israel

*SCIENTIFIC PUBLICATIONS*

- Treger LL, Friedman A, Treger I (2020) Rehabilitation during the COVID-19 Crisis: A View from the Periphery. J Clin Immunol Immunother 6: 028.

- Friedman A, Zilberman S, Genis A, Khutornyuk T, Lutsky L, Treger I. Leg dominance as a determinant in laterality of lower extremity amputation in diabetic patients: retrospective study and literature review. Int J Ther Rehabil. 2020. https://doi.org/10.12968/ijtr.2019.0046

- Treger I, Lutsky L, Friedman A, Letter to the Editor: Organization of Acute Patients' Transfer to Rehabilitation Services During COVID-19 crisis. *European Journal of Physical and Rehabilitation Medicine 2020 June;56(3):366. DOI: 10.23736/S1973-9087.20.06324-8*

- Friedman A, Diamond M, Johnston MV, Daffner C. Effects of Botulinum Toxin A on Upper Limb Spasticity in Children with Cerebral Palsy. *Am J Phys Med Rehabil* 2000; 79:53- 59.

- Friedman A. Resident's Attitudes Towards Membership in Professional Organizations. (Abstract). Association of Academic Physiatrists 1999 Annual Meeting.

- Diamond M, Friedman A, Daffner C, Johnston MV. Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy (Abstract). *Arch of Phys Med Rehab* 1998; 79(9):1147.

- Friedman A, Green S. Aortic Dissection Presenting as Superior Vena Cava Syndrome: A Case Report. George Jaffin Essay Contest Winner, North Shore University Hospital, June 1996.
- Friedman A, Rosner F. The Allocation of Scarce Medical Resources and Jewish Life; *L'Eyla Journal,* 39:10-15, April 1995.

- Goldberg G, Friedman A, *et al*. Lymph Node Sampling in Patients with Epithelial Ovarian Carcinoma; *Gyn Oncol,* 47:143-145, Nov. 1992.
   Presented at Society of Gynecologic Oncology Conference, March 1992.

- Friedman A. Polymer Development. Honors Research Society, Yeshiva University; *Abstracts 1987*; 1:13.

### *CHAPTERS:*

- The Hip: Anatomy, Pathology, Diagnosis, Treatment, & Rehabilitation.
   PM&R Secrets, 3rd Edition, [ed.] O'Young, BJ, Young, M, Stiens,S. Mosby Publishers, Philadelphia PA. 2008.

### *INVITED LECTURES AND PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS*

- Myofascial pain syndrome: Manual and stretching techniques using injections as a complement. Lecture and workshop, 14th Euro-Mediterranean Rehabilitation Summer School Course, Siracusa, Italy, November 11-15, 2018.

- 30/10/18 – Lecture, Musculoskeletal Rehabilitation –Exercise and Treatment for Low Back Pain in the Elderly, Dept. Of Health, Southern District, Division of Geriatrics, Be'er Sheva, Israel.

- Friedman, A. Trends and Challenges in Rehabilitation, Joint Conference of Israeli Rehabilitation and Urology Associations, Hertzliya, Israel. 3/3/17.

### *COMPETITIVE AND NON-COMPETITIVE RESEARCH GRANTS*

2/2019 - Competitive grant awarded by the Israeli Society for Musculoskeletal Medicine for research on Spasticity Treatment with Dry Needing.