# Alan Friedman, M.D.
*Board Certified in Physical Medicine & Rehabilitation*

Name:  **Eli Borochov**
Date of Evaluation: February 9, 2020
Date of Injury: November 6, 2015

To Whom It May Concern:

I, Alan Friedman, MD, am licensed to practice medicine in the State of New York and certified by the American Board of Physical Medicine and Rehabilitation. At your request, Eli Borochov presented to my Brooklyn, N.Y. office today, February 9, 2020, for the purpose of a Physical Medicine and Rehabilitation examination. For the purpose of identification, he furnished a New York State Driver's License.

## HISTORY

Eli Borochov (DOB 2/5/95) is a 25 year-old left-handed male. On 11/06/2015, he was in the city of Hebron, Israel walking to the Patriarch's Cave. He and the group with which he was walking were attacked and shot by a sniper. He was one of two people who were hit by the bullets. He was shot in the upper right thigh and the bullet travelled into the right testicle and "clipped" his penis. He was evacuated from the local triage tent to Shaare Zedek Hospital.

In Shaare Zedek Hospital, he was diagnosed with a 1.5 cm right upper thigh injury, 1 cm superficial wound of the distal central shaft of the penis, and a bullet exit wound from the left testicle. He was immediately taken to the operating room and underwent an orchiectomy of most of the right testicle and debrided the bullet wound site in the right thigh. A urology evaluation was performed and the impression was that he would be able to urinate, ejaculate, and be fertile. Two days later, on 11/08/15, he was discharged from the hospital, and returned to the United States. He was unable to walk for approximately two months secondary to right thigh pain and severe pain in the scrotal area from the sutures.

## SYMPTOMS AT THIS TIME

Pain: He continues to have daily pain in the scrotum and penis. He also states that he gets pain from chafing of the genital region against his underwear and clothes. Baby powder does provide some relief of this chafing. He avoids taking pain medicines. He has tingling in the right thigh and right scrotum.

Back pain: He has lumbar pain which started as a result of his limping following the injury. He is unable to run as fast as he used to, and cannot put much pressure on the right leg. He is unable to play sports. There are no specific exacerbating or relieving positions or activities of the low back pain other than performing some home stretches. He denies any bowel or bladder incontinence or retention, fevers, chills or weight loss.

**Re: Eli Borochov**
**Page 5**

## TREATMENT TO DATE:

Physical Therapy: He went for two and a half months starting in July 2019, but this made his symptoms worse.
Chiropractic: He has been going twice a week since November, 2019.
Injections: None.
DME: None.

## OCCUPATIONAL HISTORY

He is currently working as a commercial real estate underwriter. He has no restrictions at work.

## REVIEW OF RECORDS

- Operative note, Shaare Zedek Hospital, 11/06/15: "Testicle trauma – right. Testicular exploration and partial orchiectomy – right."
- Procedure note, (and Urology consult), Shaare Zedek Hospital, 11/06/15. Documents a 1cm distal-ventral penile shaft wound. A wound on the upper inner right thigh of 1.5cm with mild bleeding. It mentions a left testicle wound (entry and exit, but later references the right testicle). Part of the right testicle was crushed. The tunica albuginea was torn – and surgically repaired**.** Pelvis and bilateral hip x-rays were without evidence of fractures.
- Office visit notes, Evan Pockriss, 11/18/15. Mentions a "right medial healing wound" and a small area of wound dehiscence around right scrotum stiches.

## PAST MEDICAL/SURGICAL HISTORY

Crohn's disease.

## ALLERGIES

Penicillin causes an unknown reaction.

## MEDICATIONS

Remicade.

## SOCIAL HISTORY

He lives with his wife and his baby daughter. He denies tobacco or alcohol use.

## FUNCTIONAL HISTORY

He is independent with ambulation and activities of daily living.

**Re: Eli Borochov**
**Page 5**

## FAMILY HISTORY

He denies any family history of neurologic or orthopedic disease.

## REVIEW OF SYSTEMS

The claimant denies the presence of any fevers, chills, weight loss, chest pain, dyspnea, nausea, vomiting, diarrhea, dysuria, tremors, flushing, bruising, rashes, visual changes, or tinnitus.

## PHYSICAL EXAMINATION

Today's examination reveals a male in no acute distress. He is well-developed and well-nourished. He can ascend and descend the exam table as well as don and doff his shoes and socks independently.

*Inspection:* There is a small - less than 1 cm - area of the medial proximal right thigh over which I can feel a small indentation which he refers to as "a hole". This area is tender to touch. There is what appears to be a small scar over the right testicle.

*Gait:* Gait is heel-toe without deviation. He is able to walk on his toes, heels, squat, and stand one-legged on either leg.

*Neuromuscular:* Strength is 5/5 bilaterally in the upper and lower extremities. Pinprick sensation is intact bilaterally in the upper and lower extremities. Reflexes are symmetric at 2/4 bilaterally in the upper and lower limbs. Toes are flexor. Tone is normal. Fine and gross motor coordination are normal. He can pick-up a pin from the table with either hand.
Spurling's maneuver is negative bilaterally. Straight leg raise is negative bilaterally.

*Joints:* There are no joint effusions, dislocations, deformities, warmth or erythema. There is no tenderness over the cervical, thoracic, or lumbar spines or paraspinal muscles. The muscles are soft and no myospasm is present. There are no trigger points palpable.
Evaluation of the shoulders reveals: Rotator cuff impingement tests (Neer's & Hawkins') are negative bilaterally. The supraspinatus resistance test ('empty can test') is negative bilaterally. The drop-arm test is negative. The Apprehension test, Speed's test, and O'Brien's test are all negative. There is no painful arc of motion.

*Range of Motion (Measured with a goniometer)*:
Cervical spine: Flexion and extension are full at 45/45 degrees. Lateral bending is 45/45 degrees bilaterally. Rotation is 80/80 degrees bilaterally.
Lumbar spine: Flexion is 70/90 degrees, extension is 30/30 degrees, lateral bending is 30/30 degrees and rotation is 30/30 degrees.
Shoulders: Flexion is 180/180 degrees, abduction is 180/180 degrees, extension is 45/45 degrees, internal rotation is 55/55 degrees and external rotation is 45/45 degrees.
Elbows: Flexion is 150/150 degrees, supination is 90/90 degrees and pronation is 90/90 degrees.
Wrists: Flexion is 80/80 degrees, extension is 70/70 degrees, radial deviation is 20/20 degrees,

and ulnar deviation is 30/30 degrees.
Hips: Flexion is 135/135 degrees, extension is 30/30 degrees, abduction is 50/50 degrees, adduction is 30/30 degrees, internal rotation is 35/35 degrees and external rotation is 45/45 degrees.
Knees:  Flexion is 135/135 degrees.
Ankles: Plantarflexion is 50/50 degrees and dorsiflexion is 20/20 degrees.

*Neurologic:* He is alert and oriented to person, place, & time. His balance is good. There are no fasciculations. Tone is normal. Fine and gross motor coordination are normal. He can pick-up a pin from the table with either hand. Speech is normal. There is no clonus. Romberg's test is negative. Proprioception is normal. Pronator drift is negative bilaterally.

## DIAGNOSES

1. Status-post gunshot wound to the right thigh with exit from the right testicle.
2. Status-post partial right orchiectomy.
3. Low back pain.
4. Pain – both postoperative and continuing in the genital region.

## CAUSALITY

If the history obtained is accurate and true, it is my opinion based on a reasonable degree of medical certainty that Eli Borochov's symptoms were caused by the November 6, 2015 injury.

## IMPLICATIONS OF HIS INJURIES

1. He continues to have pain.
2. He was concerned for many years that he would be sterile following the surgery. The recent birth of his daughter has allayed these fears.
3. Continued low back pain, especially with ambulation.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Dated: September 8, 2020

Sincerely,

Alan Friedman, M.D.
Diplomate of the American Board of Physical Medicine & Rehabilitation