# Alan Friedman, M.D.
## *Board Certified in Physical Medicine & Rehabilitation*

Name: **Yoav Golan**
Date of Evaluation: May 20, 2020
Date of Injury: December 14, 2015

This evaluation was performed on May 20, 2020 via a teleconference on Zoom. Mr. Golan was in his own house at the time.

## RECORDS REVIEWED

- EMG, 12/7/17: "R Plantar to nerve is with lower potentials than the L. R Tibial motor nerves are normal. Damage to th[e] right plantar nerve at the right ankle."
- Office visit notes, Meir Medical Center, Kfar Saba, Israel, Dr. Ayal Yaakovi, 01/13/16: Contusion right foot. Closed dislocation of the left shoulder. The evaluation revealed sensory loss in the distribution of the right medial calcaneal nerve. There was left shoulder abduction of 100 degrees.
- Office visit notes, Meir Medical Center, Kfar Saba, Israel, Dr. Marom Niv, 01/27/16: Evaluation of pressure sore and numbness in the right leg. Left shoulder x-ray revealed and fragment in the mid-humerus and suspicion of a Bankart lesion. Treatment was to continue physical therapy. No driving permitted.
- Office visit notes, Meir Medical Center, Kfar Saba, Israel, Dr. Ron Ben Eliyahu, 02/07/16: Full shoulder range of motion, healing right ankle contusion, but still with sensory loss. The CT scan from the emergency room is mentioned. Continue physical therapy and pain medication.
- Office visit notes, Meir Medical Center, Kfar Saba, Israel, Dr. Skiel Flamnovitz, 04/11/16, 11/06/16, 06/18/17, 07/30/17, and 10/30/17. Mentions a CT of the os trigonum without a fracture. In July, 2017, due to continued symptoms he recommended an MRI of the right ankle. In November, 2017 he reports that the MRI showed no tarsal tunnel damage and no swelling in the region that was painful.
- Office visit notes, Talam psychiatric clinic, Ayelet Bental, PhD, 03/29/16, 05/17/17, and 08/31/17.
- Office visit notes Professor Meir Niska, 12/31/15: He documents an EMG with "damage to [the right] plantar nerve as expected by the location of the injury."
- EMS (Magen David Adom) report, 12/14/15.
- Emergency Room notes, Shaare Zedek Hospital, 12/14/15: Terrorist attack, right ankle contusion, Left shoulder dislocation, MVA. The exam revealed left shoulder tenderness with deformation at the elbow. There was a right ankle contusion, but an x-ray excluded a fracture. They successfully relocated the

Re: Yoav Golan
Page 2

shoulder, which was placed in a sling. He was observed for 12 hours and then discharged home.

- Letter, Talam Psychiatric Center, stating that Mr. Golan and his wife were receiving treatment at the Talam Psychiatric Center, 02/15/16.
- Prescription for physical therapy, multiple doctors, 01/13/16, 05/24/16, and 11/27/16.
- Prescription for an NCS/EMG of the lower limbs, Dr. Bronwyn Daniels, 07/11/17. The prescription reports skin necrosis of the right foot.
- Prescription for ultrasound of both shoulders, Dr. Vidal Bartzilon, 11/27/16.
- Photos submitted by the patient of his scars and of the accident scene.

## HISTORY

Yoav Golan (DOB May 20, 1991) is a now twenty-nine year-old, right-handed man. At the time of her injury he was 25 years old.

The Golan family, Yoav and Rotem, were in Jerusalem on December 14, 2015. They were living in the village of Eli at the time, and both of them had business in Jerusalem on that day: She was a student studying in a school in Jerusalem and would park her car in a nearby town to theirs and take a bus into Jerusalem for school. Yoav did not frequent Jerusalem, but had a conference there that day. At 2.55PM (per Rotem's recollection), they were standing at a bus stop across from Jerusalem's Bridge of Strings (AKA the Chords Bridge) in order to return to the town where her car was parked. They were standing in the front of the line, closest to the street. He remembers seeing a white Mazda 3 coming towards them, and then "flying" through the air towards the back of the bus stop. There was a lot of glass around (and he subsequently found a lot of glass in his pockets and clothes). He does not recall how he landed, but denies any loss of consciousness. He does not know definitively if he suffered head trauma or not, but thinks not. He found his wife and pulled her up and they ran away from the scene. He turned around and saw that someone had shot the driver of the car so they stopped running.  They ran just up the hill towards the Central Bus Station. Realizing that they were now safe they stopped and waited from an ambulance to come get them. While waiting for the ambulance he started to experience left shoulder pain and right leg pain. His right leg was bleeding and he could not move the leg (due to pain and numbness). His right shoe was torn. He was transported by ambulance to Shaare Zedek Hospital. He does not recall receiving any treatment while in the ambulance.

He was evaluated in the Emergency Room at Shaare Zedek Hospital. He recalls having his clothing removed and his wounds being cleansed. His right shoulder was found to be dislocated, and this was relocated. A CT scan of the right leg was performed; a hematoma was seen, but there was no fracture. He was kept in the Emergency Room overnight and was discharged the next day. They went to stay with his wife's parents' for the next month.

Re: Yoav Golan
Page 2

## SYMPTOMS:

For the first month following the injury, his right arm was bandaged and kept in a sling most of the time. Due to severe leg pain he was unable to walk, and used a wheelchair for mobility. During this period he was also using pain-relief medication. In February 2016, he started physical therapy. This was initially twice weekly, but was eventually tapered down to once weekly. He continued physical therapy for approximately eleven months. Testing included ultrasounds on both shoulders – performed to exclude rotator cuff tears. A NCS/EMG was performed. The EMG reportedly showed a right plantar nerve injury.

### Symptoms at present:

Shoulder pain: He reports mild left shoulder pain. There are no specific exacerbating or relieving positions or activities. He still reports mildly decreased range of motion with extension. There have not been no subluxation or recurrent dislocations. He denies any weakness or numbness in the upper limbs.

Right foot: He reports right foot pain which is exacerbated by standing and, especially, walking (i.e. with weight-bearing). He is able to run for short distances, but the pain is worse afterwards. He has a small, well-healed scar (see pictures) where there was skin necrosis (referred to in the records).

Right ankle: He reports numbness in the medial right heel. This ascends to the mid-malleolar level, and there is visible redness in a triangular shape in this distribution. There is pain, especially with ankle plantarflexion, and intermittent swelling. The intensity of the pain is steady and has not changed over the past two years. There is a scar over the medial heel (see pictures). He denies any weakness. He denies any hip or knee pain.

## PAST MEDICAL/SURGICAL HISTORY

None.

## ALLERGIES

No known drug allergies.

## MEDICATIONS

None.

## SOCIAL HISTORY

He lives with his wife and children. He denies tobacco or alcohol use.

Re: Yoav Golan
Page 2

## FUNCTIONAL STATUS

He is independent with ambulation and activities of daily living.

## FAMILY HISTORY

He denies any family history of neurologic or orthopedic disease.

As the evaluation was performed virtually (due to the coronavirus pandemic lock-down) a **physical examination** was not able to be performed in order to provocatively assess the legs or shoulders.

## CAUSALITY

If the history obtained is accurate and true, it is my opinion based on a reasonable degree of medical certainty that Yoav Golan's symptoms were caused by the December 14, 2015 injury.

## DIAGNOSES

1. Contusion right foot.
2. Closed dislocation of the left shoulder.
3. Relocation of left shoulder.
4. Right medial calcaneal nerve neuropathy.
5. Chronic pain.

## IMPRESSION

Yoav Golan is a now twenty-nine year-old man who was hit by a car on December 14, 2015. He suffered a left shoulder dislocation, which was relocated in the emergency room. However, it required a prolonged period of physical therapy and remains painful with minimal loss of extension to this day.  He also suffers from chronic right foot and ankle pain. There is damage to the right Plantar nerve, but I suspect a right medial calcaneal nerve neuropathy may be present. (This is a more difficult test and was not performed). No additional improvement can be expected at this time.

Please note, due to COVID-19 restrictions, an in-person evaluation was unable to be performed. This did not limit the history obtained, but the physical examination was unable to be performed. Therefore, it is possible that additional physical findings would be found during an actual physical examination.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Re: Yoav Golan
Page 2

Dated: September 13, 2020
Sincerely,

Alan Friedman, M.D.
Diplomate of the American Board of Physical Medicine & Rehabilitation