# Alan Friedman, M.D.
*Board Certified in Physical Medicine & Rehabilitation*

Name: **Rotem Golan**
Date of Evaluation: May 20, 2020
Date of Injury: December 14, 2015

This evaluation was performed on May 20, 2020 via a teleconference on Zoom. Mrs. Golan was in her own house at the time.

### RECORDS REVIEWED

- Office visit notes, Shaare Zedek Hospital orthopedic clinic, no physician name listed or legible, 12/24/15. There was medial right knee tenderness and pain without swelling; there was no pelvic tenderness. Range of motion was limited. Some of the sutures were removed from the knee.
- Office visit notes, Shaare Zedek Hospital orthopedic clinic, Dr. Halad Abu Dalu, 12/31/15. There was still medial right knee tenderness and pain without swelling; there was no pelvic tenderness. Range of motion was limited. The remainder of the sutures was removed from the knee.
- Office visit notes, Meir Medical Center, Kfar Saba, Israel, Dr. Ayal Yaakovi, 01/13/16. There were scars on the right knee and swelling of the medial left knee. There was tenderness over the left MCL ligament. The diagnosis was "Sprain of other specified sites of knee and leg (left) MCL. Contusion of knee and lower leg (right)."
- EMS (Magen David Adom) report, 12/14/15. She had bleeding from the right knee region and complained of pelvic area pain.
- Emergency Room notes, Shaare Zedek Hospital, 12/14/15: Diagnoses: "Contusion of back. Contusion of knee - bilateral. Traumatic laceration of leg - right. Contusion of pelvis. Terrorism involving other means. MVA." She complained of right knee and pelvic area pain. They sutured a laceration on the right knee. She had abrasions on the left knee and right pelvis. They administered antibiotics and a tetanus shot. She was discharged on 12/15/15 after a period of observation.
- Office visit notes, Talam psychiatric clinic, Ayelet Bental, PhD, 03/29/16, 05/17/17, and 08/31/17.
- Letter, Talam Psychiatric Center, stating that Mrs. Golan and her husband were receiving treatment at the Talam Psychiatric Center, 02/15/16.
- Prescription for physical therapy, Dr. Ayal Yaakovi, 01/13/16, MCL tear Grade 1/2 and right knee lacerations.

Re: **Rotem Golan**
Page 2

## HISTORY

Rotem Golan (DOB September 23, 1992) is a now twenty-eight year-old, right-handed woman. At the time of her injury she was 24 years old.

The Golan family, Yoav and Rotem, were in Jerusalem on December 14, 2015. They were living in the village of Eli at the time, and both of them had business in Jerusalem on that day: She was a student studying in a school in Jerusalem (to be a drama teacher), and would park her car in a nearby town to theirs and take a bus into Jerusalem for school. Yoav did not frequent Jerusalem, but had a conference there that day. At 2.55PM (per Rotem's recollection), they were standing at a bus stop across from Jerusalem's Bridge of Strings (AKA the Chords Bridge) in order to return to the town where her car was parked. They were standing in the front of the line, closest to the street. She next remembers lying on the pavement on "all fours." She did not suffer head trauma or experience loss of consciousness. She recalls her husband taking her by the hand, helping pull her up and they ran away from the scene. Her shoes and head-covering fell off. She does not recall exactly how far they ran, but it was not far, just up the hill towards the Central Bus Station. Her husband turned around and saw someone shoot the driver of the car that had struck them. Realizing that they were now safe they stopped and waited from an ambulance to come get them.

An ambulance transported her to Shaare Zedek Hospital. In the ambulance, she recalls experiencing left knee pain and that her right knee was bleeding and painful. Her tights were ripped and she had lacerations and scratches on her pelvis, legs and right foot.

She was evaluated in the Emergency Room at Shaare Zedek Hospital. She recalls being treated with antibiotics and sutures for the right knee. She felt "shocky" and vomited. She was kept in the Emergency Room overnight and was discharged the next day. They went to her parents' apartment for the next month as she was unable to care for their 6-month old son.

## SYMPTOMS

She had right knee pain for an unclear period of time. The stitches were removed after two weeks. It was a full month before she could drive, and 2.5 months until she returned to her studies. [She was performing her internship and needed to be able to sit on the floor with young children in classrooms which she was unable to do.] They had gone to her parents because, due to pain, she was unable to get up in the middle of the night to feed her baby; her mother assisted with this. She began physical therapy while at her parents, and continued even once they had returned to their own home. She received approximately three months of physical therapy. In addition, she was treated with antibiotics and (maybe) analgesics for a short period of time.

**Symptoms at present:**

Overall, Rotem is asymptomatic at present.

Re: **Rotem Golan**
Page 3

<u>Left knee</u>: She reports venous prominence in the left knee region. She denies any knee buckling locking, or swelling. She is able to run, and denies and weakness or numbness in the left lower limb.

<u>Right knee</u>: She has a well-healed scar on the right knee (see pictures). She denies any knee buckling locking, or swelling. She is able to run, and denies and weakness or numbness in the left lower limb.

## PAST MEDICAL/SURGICAL HISTORY

None.

## ALLERGIES

No known drug allergies.

## MEDICATIONS

None.

## SOCIAL HISTORY

She lives with her husband and children. She denies tobacco or alcohol use.

## FUNCTIONAL STATUS

She is independent with ambulation and activities of daily living.

## FAMILY HISTORY

She denies any family history of neurologic or orthopedic disease.

As the evaluation was performed virtually (due to the coronavirus pandemic lock-down) a **physical examination** was not able to be performed in order to provocatively assess the knee/s.

## CAUSALITY

If the history obtained is accurate and true, it is my opinion based on a reasonable degree of medical certainty that Rotem Golan's symptoms were caused by the December 14, 2015 injury.

Re: **Rotem Golan**
Page 4

## DIAGNOSES

1. Bilateral knee contusions.
2. Lumbar contusion.
3. Pelvis contusion.
4. Traumatic laceration of right leg.

## IMPRESSION

Rotem Golan is a now twenty-eight year-old woman who was hit by a car on December 14, 2015. She suffered bilateral leg pain which required analgesics and physical therapy. She is currently asymptomatic other than a scar over the right knee. No additional improvement can be expected at this time.

Please note, due to COVID-19 restrictions, an in-person evaluation was unable to be performed. This did not limit the history obtained, but the physical examination was unable to be performed. Therefore, it is possible that additional physical findings would be found during an actual physical examination.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Dated: January 25, 2021

Sincerely,

Alan Friedman, M.D.
Diplomate of the American Board of Physical Medicine & Rehabilitation