UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELI M. BOROCHOV,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN,** *et al.*, <br><br> Defendants. | Case No. 1:19-cv-02855 (TNM) |

## ORDER

Upon consideration of the Plaintiffs' Motion for Default Judgment, the pleadings, and relevant law, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiffs' [55] Motion for Default Judgment is GRANTED IN PART and DENIED IN PART. The motion is granted insofar as individual Plaintiffs are awarded the following damages:

- Eli Borochov is awarded $5,000,000 in pain and suffering damages and $5,000,000 in punitive damages for a total of $10,000,000;

- Ronen Borochov is awarded $1,000,000 in pain and suffering damages, $2,500,000 in solatium damages, and $3,500,000 in punitive damages for a total of $7,000,000;

- Josef Borochov is awarded $1,000,000 in pain and suffering damages, $1,250,000 in solatium damages, and $2,250,000 in punitive damages for a total of $4,500,000;

- Devora Borochov is awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages for a total of $5,000,000;

- Avraham Borochov is awarded $1,250,000 in solatium damages and $1,250,000 in punitive damages for a total of $2,500,000;

- Shira Borochov is awarded $1,250,000 in solatium damages and $1,250,000 in punitive damages for a total of $2,500,000;

- Yoav Golan is awarded $5,000,000 in pain and suffering damages and $5,000,000 in punitive damages for a total of $10,000,000;

- Yehudit Golan is awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages for a total of $5,000,000;

- Matan Golan is awarded $1,250,000 in solatium damages and $1,250,000 in punitive damages for a total of $2,500,000;

- Rotem Golan is awarded $3,000,000 in pain and suffering damages and $3,000,000 in punitive damages for a total of $6,000,000;

The motion is denied insofar as Plaintiffs seek damages for Shari Borochov, Raphael Golan, Nadav Golan, Yael Inbar, Shai Fishfeder, Efrat Fishfeder, Ohad Fishfeder, Omer Fishfeder, and Shiri Fishfeder.

The motion is also granted in part insofar as Plaintiffs seek punitive damages but denied in part insofar as Plaintiffs seek $300,000,000 in punitive damages. The Court awards an amount in punitive damages equal to compensatory damages, $27,500,000, to be apportioned, as described above, according to Plaintiffs' compensatory damages.

The motion is denied insofar as Plaintiffs seek prejudgment interest, an inflationary adjustment to their damages, costs, disbursements, reimbursement of expenses, and allowance of reasonable fees for their counsel and experts.

**SO ORDERED**.

3

This is a final, appealable Order. The Clerk of Court is requested to close the case.

Dated: March 4, 2022

TREVOR N. McFADDEN
United States District Judge